SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
RICHARD W. BRUNETTE, Cal. Bar No. 81621
SCOTT HENNIGH, Cal. Bar No. 184413
MEREDITH JONES-McKEOWN, Cal. Bar No. 233301
NATHANIEL BRUNO, Cal. Bar No. 228118
333 South Hope Street, 43rd Floor
Los Angeles, California 90071
Telephone:   213-620-1780
Facsimile:   213-620-1398
Email:   rbrunette@sheppardmullin.com
           shennigh@sheppardmullin.com
           mjones-mckeown@sheppardmullin.com
           nbruno@sheppardmullin.com

Attorneys for Creditor
PICERNE CONSTRUCTION CORP. dba
CAMELBACK CONSTRUCTION

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 2: 09-bk-29222-ER |
| CAMPBELL CORNERS LIMITED PARTNERSHIP I, a Michigan Limited Partnership, | Chapter 11 |
| Debtor. | **STIPULATION *RE* PICERNE'S MOTION FOR EXAMINATION OF DEBTOR AND DOCUMENT PRODUCTION PURSUANT TO BANKRUPTCY RULE 2004**<br><br>[PROPOSED ORDER SUBMITTED SEPARATELY] |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE, AND TO ALL INTERESTED PARTIES:**

      WHEREAS, Creditor and Party-In-Interest Picerne Construction Corporation dba Camelback Construction ("Picerne") filed a Motion for Examination of Debtor and Document Production Pursuant to Bankruptcy Rule 2004 on September 29, 2009

-1-

(Picerne's "Rule 2004 Motion") directed to Debtor Campbell Corners Limited Partnership I ("Campbell Corners");

WHEREAS, Campbell Corners filed a set of objections to Picerne's Rule 2004 Motion on October 1, 2009;

WHEREAS, following the exchange of multiple correspondence, counsel for Picerne and Campbell Corners (the "Parties" for purposes of this Stipulation) convened a teleconference on October 22, 2009 for the purpose of stipulating to protocols and deadlines for Campbell Corners' compliance with Picerne's Rule 2004 Motion;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, as follows:

1.   Campbell Corners shall produce all non-privileged documents in its possession, custody, or control that are responsive to the 42 Requests for Production in Picerne's Rule 2004 Motion to the extent such Requests are not otherwise objectionable, and that were not previously produced in the prior arbitration between the Parties, by no later than December 2, 2009.  It is Picerne's position that few documents (and certainly few financial-related documents) responsive to the 42 Requests for Production in Picerne's Rule 2004 Motion were produced in the prior arbitration between the Parties (in large part because such information was beyond the scope of the arbitration), but to the extent they were, they do not need to be produced or copied again by Campbell Corners.  Without providing a guarantee, Campbell Corners shall furthermore employ its best efforts to produce documents on a rolling basis as they are made ready for production, with a target of mid-November 2009 for its rolling productions to begin, but in any event, its production shall be completed by December 2, 2009.

2.   Campbell Corners shall serve a written response to the Requests for Production in Picerne's Rule 2004 Motion, along with any privilege log, by no later than December 2, 2009.

3.   The examination of Debtor Campbell Corners under Bankruptcy Rule 2004 shall take place on December 15, 2009, beginning at 10:00 a.m. at the offices of

Sheppard, Mullin, Richter & Hampton LLP, 333 South Hope Street, 48th Floor, Los Angeles, CA, 90071.  Robert Kopple shall appear for the examination on behalf of Campbell Corners.

    4.  Picerne reserves its right to move to compel the Rule 2004 production and/or examination by Campbell Corners; and Campbell Corners reserves its right to move for a protective order against Picerne as to the nature and scope of the 2004 request for production and/or examination.

**IT IS SO STIPULATED.**

Dated:  October 30, 2009

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        By  */s/ Richard W. Brunette*
          RICHARD W. BRUNETTE
          NATHANIEL BRUNO

         Attorneys for Creditor
        PICERNE CONSTRUCTION CORP. dba
         CAMELBACK CONSTRUCTION

Dated:  October 30, 2009

        LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.

        By  */s/ Krikor J. Meshefejian*
          RON BENDER
         BETH ANN R. YOUNG
        KRIKOR J. MESHEFEJIAN

         Attorneys for Debtor
        CAMPBELL CORNERS LIMITED
          PARTNERSHIP I

F 4001-10.NA

| In re (SHORT TITLE)<br>CAMPBELL CORNERS LIMITED PARTNERSHIP I, a Michigan limited partnership<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NO.: 09-29222-ER |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071

A true and correct copy of the foregoing document described **STIPULATION RE PICERNE'S MOTION FOR EXAMINATION OF DEBTOR AND DOCUMENT PRODUCTION PURSUANT TO BANKRUPTCY RULE 2004** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>October 30, 2009</u>. I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Ron Bender, Attorney for Debtor: rb@lnbrb.com
Krikor J. Meshefejian on behalf of Debtor Campbell Corners Limited Partnership I: kjm@lnbrb.com
Todd M. Arnold, Attorney for Debtor: tma@lnbrb.com
Dare Law, Attorney for United State Trustee (LA): dare.law@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On <u>October 30, 2009</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

| Debtor (by U.S. Mail):<br>Campbell Corners Limited Partnership I<br>11340 Olympic Blvd., #210<br>Los Angeles, CA 90064 | Picerne<br>1420 East Missouri Avenue, Suite 100<br>Phoenix, AZ 85014 |
|---|---|
| Hon. Ernest M. Robles **(by Overnight Mail)**<br>U.S. Bankruptcy Court<br>255 E. Temple St., Suite 1560<br>Los Angeles, CA 90012 | |
| U.S. Trustee<br>United States Trustee<br>725 S. Figueroa St., 26th Floor<br>Los Angeles, CA 90017 | Counsel for Central Pacific Bank<br>Mark Bradshaw, Esq.<br>Shulman Hodges & Bastian<br>26632 Towne Centre Dr., Suite 300<br>Foothill Ranch, CA 92610-2808 |

F 4001-10.NA

| In re   (SHORT TITLE)<br>CAMPBELL CORNERS LIMITED PARTNERSHIP I, a Michigan limited partnership<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NO.: 09-29222-ER |
|---|---|

| | |
|---|---|
| Central Pacific Bank<br>Attn: Ronald Migata, Chairman<br>President CEO<br>222 South King Street, 2nd Floor<br>Honolulu, HI 96813 | Bradford K. Giles, Senior Vice President<br>Mainland Director<br>Central Pacific Bank<br>16870 W. Bernardo Dr., Suite 360<br>San Diego, CA 92127 |
| EL II Properties Trust<br>Robert Kopple, Trustee<br>11340 Olympic Blvd., #210<br>Los Angeles, CA 90064 | |

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 30, 2009 | Virginia La Monica | /s/ Virginia La Monica |
|---|---|---|
| Date | Type Name | Signature |