FILED & ENTERED

DEC 03 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Campbell Corners Limited Partnership I, a Michigan Limited Partnership,<br><br>Debtor. | Case No: 2:09-bk-29222-ER<br><br>Chapter: 11<br><br>**ORDER DENYING MOTION TO COMPEL REQUESTING EXPEDITED RULING REQUIRING SUBPOENAED THIRD PARTIES' BANKRUPTCY RULE 2004 PRODUCTION TO CREDITOR PICERNE TO INCLUDE ROBERT KOPPLE'S EMAIL**<br><br>No hearing required |

The Court has reviewed the Motion to Compel Requesting Expedited Ruling Requiring Subpoenaed Third Parties' Bankruptcy Rule 2004 Production to Creditor Picerne to Include Robert Kopple's Email (the "Motion") filed by creditor Picerne Construction ("Picerne") as well as the Opposition ("Opposition") filed by Third Parties - 9130 Nolan Street, LLC, E L II Properties Trust, Siena Villas, LLC, Robert Kopple, and K. F. Properties, Inc. ("Third Parties"). The court finds this matter is appropriate for resolution on the briefs alone.

- 1

Picerne seeks an order requiring the Third Parties to produce all of Robert Kopple's[1] responsive emails "relating to transfers of financial and/or property interests between Debtor Campbell Corners and the Third Parties" at the upcoming 2004 examination. Motion at 8. Picerne and the Third Parties have drafted a stipulation regarding the documents the Third Parties will produce; however, they disagree on "whether the Third Parties' document production must include e-mail that covers the same content for which the Third Parties have agreed to produce documents." Motion at 17. Picerne contends the "e-mail is likely to contain highly relevant communications regarding transfers and agreements between Debtor Campbell Corners and the Third Parties" and must be produced. Motion at 10.

The Third Parties assert "the information sought is duplicative of that information which is already being produced [such that] it will provide no benefit to either party to search the emails." Opposition at 13. Further, the Third Parties argue the production of emails would be an "oppressive and burdensome obligation [that would require review of] tens of thousands of emails, substantially all of which are demonstrably irrelevant[.]" Opposition at 2. The "search of over 70,000 emails would be expensive, time-intensive, and would result in the duplicative production of information that will already be contained in the agreed upon production." *Id.* Instead, Picerne should look to the Debtor to obtain these emails. Opposition at 3.

The Court agrees with the Third Parties. The information sought by Picerne is duplicative of that which the Third Parties will produce at the 2004 examination. Should Picerne still require the information it can obtain this from the Debtor. Therefore, the Court finds Picerne has not demonstrated cause sufficient for this Court to order the Third Parties to produce Robert Kopple's responsive emails. The Motion is DENIED.  The request for sanctions is DENIED.

IT IS SO ORDERED.

---

[1] Robert Kopple "is the principal and driving force behind Debtor Campbell Corners and the Third Parties, and personally controls all of them as affiliated entities." Motion at 9.

###

DATED: December 3, 2009

_____
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DENYING MOTION TO COMPEL REQUESTING EXPEDITED RULING REQUIRING SUBPOENAED THIRD PARTIES' BANKRUPTCY RULE 2004 PRODUCTION TO CREDITOR PICERNE TO INCLUDE ROBERT KOPPLE'S EMAIL** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of December 2, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Todd M Arnold     tma@lnbrb.com
- Ron Bender     rb@lnbrb.com
- Mark Bradshaw     mbradshaw@shbllp.com
- Richard W Brunette     rbrunette@sheppardmullin.com
- Dare Law     dare.law@usdoj.gov
- Krikor J Meshefejian     kjm@lnbrb.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Campbell Corners Limited Partnership I**
11340 Olympic Blvd., #210
Los Angeles, CA 90064

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page