1  RON BENDER (SBN 143364)
   KRIKOR J. MESHEFEJIAN (SBN 255030)
2  LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
3  Los Angeles, California 90067
4  Telephone: (310) 229-1234
   Facsimile: (310) 229-1244
5  Email: rb@lnbrb.com; kjm@lnbrb.com

6  Counsel for Chapter 11 Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Case No. 2:09-bk-29222-ER |
| | ) |
| CAMPBELL CORNERS LIMITED PARTNERSHIP I, | ) Chapter 11 |
| | ) |
| | ) **NOTICE OF:** |
| Debtor. | ) |
| | ) **(1) CONFIRMATION HEARING ON DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION;** |
| | ) |
| | ) **(2) DEADLINE TO VOTE ON DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION; AND** |
| | ) |
| | ) **(3) DEADLINE TO OBJECT TO CONFIRMATION OF DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION** |
| | ) |
| | ) Plan Confirmation Hearing: |
| | ) Date: July 14, 2010 |
| | ) Time: 10:00 a.m. |
| | ) Place: Courtroom 1568 |
| | )        255 East Temple Street |
| | )        Los Angeles, CA 90012 |

1

PLEASE TAKE NOTICE that at a hearing held on May 12, 2010 at 10:00 a.m., before the Honorable Ernest M. Robles, United States Bankruptcy Judge for the Central District of California, in Courtroom 1568 located at 255 East Temple Street, Los Angeles, California, the Court approved the Disclosure Statement (the "Disclosure Statement") which describes the Debtor's First Amended Plan Of Reorganization (the "Plan") proposed by Campbell Corners Limited Partnership I, the Debtor and Debtor in Possession in the above-referenced Chapter 11 bankruptcy case (the "Debtor").

PLEASE TAKE FURTHER NOTICE that being served upon you is a copy of the Plan, the Disclosure Statement which describes the Plan, a ballot for creditors to use to vote on the Plan, and this Notice advising parties in interest of the various deadlines relating to the Plan, Plan voting and Plan confirmation.

PLEASE TAKE FURTHER NOTICE that to be counted for purposes of Plan confirmation, ballots accepting or rejecting the Plan must be received by counsel to the Debtor by not later than 5:00 p.m. Pacific Standard Time on June 21, 2010.

**PLEASE TAKE FURTHER NOTICE that the Debtor will be requesting the Court to treat any holder of an allowed claim who fails to return a timely ballot voting on the Plan as having been deemed to have voted to accept the Plan.**

PLEASE TAKE FURTHER NOTICE that any brief in support of Plan confirmation and a tabulation of ballots must be filed with the Court on or before June 25, 2010.

PLEASE TAKE FURTHER NOTICE that any briefs and declarations in opposition to Plan confirmation must be filed with the Court on or before July 9, 2010, with same day service upon counsel to the Debtors. Any opposition to Plan confirmation must (i) be in writing, (ii)

state the legal and factual basis for such objection, and (iii) be accompanied by any supporting declaration or documentary evidence.

PLEASE TAKE FURTHER NOTICE that any replies to any oppositions to Plan confirmation must be filed with the Court on or before July 13, 2010 with same day service upon counsel to the opposing parties.

PLEASE TAKE FURTHER NOTICE that the hearing for the Court to consider confirmation of the Plan will commence on July 14, 2010, at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that the Court may deem the failure of any party to file a timely objection to Plan confirmation to constitute the consent of the party to Court approval and confirmation of the Plan and a waiver of any objection to Plan confirmation.

Dated: May 14, 2010    CAMPBELL CORNERS LIMITED PARTNERSHIP I

By: ___/s/ Ron Bender___
RON BENDER
KRIKOR J. MESHEFEJIAN
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
Attorneys for Chapter 11 Debtor and Debtor in Possession