RON BENDER (SBN 143364)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbrb.com; kjm@lnbrb.com

Counsel for Chapter 11 Debtor and Debtor in Possession

**FILED & ENTERED**

**MAY 21 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re:

CAMPBELL CORNERS LIMITED PARTNERSHIP I,

                    Debtor.

) Case No. 2:09-bk-29222-ER
)
) Chapter 11
)
) **ORDER:**
)
) **(1) DENYING WITHOUT PREJUDICE MOTION FILED BY PICERNE CONSTRUCTION CORP. FOR AUTHORITY TO PROSECUTE FRAUDULENT AND PREFERENTIAL TRANSFERS IN THE INTERESTS OF THE ESTATE; OR, IN THE ALTERNATIVE, TO APPOINT A CHAPTER 11 TRUSTEE; AND**
)
) **(2) DIRECTING UNITED STATES TRUSTEE TO APPOINT EXAMINER FOR THE PURPOSE OF EXAMINING POTENTIAL CAUSES OF ACTION AND CLAIMS AND REPORTING EXAMINATION RESULTS TO THE BANKRUPTCY COURT**
)
) Hearing:
) Date:    May 12, 2010
) Time:    10:00 a.m.
) Place:   Courtroom 1568
)          255 East Temple Street
)          Los Angeles, CA 90012

1

Case 2:09-bk-29222-ER    Doc 195    Filed 05/21/10    Entered 05/21/10 15:47:25    Desc
Main Document    Page 2 of 6

On May 12, 2010, at 10:00 a.m., the Court held a continued hearing to consider the "Notice Of Motion And Motion For Authority To Prosecute Fraudulent And Preferential Transfers In The Interests Of The Estate; Or, In The Alternative, To Appoint A Chapter 11 Trustee" (the "Motion") filed by Picerne Construction Corp. dba Camelback Construction ("Picerne"), in the bankruptcy case of Campbell Corners Limited Partnership I, Chapter 11 debtor and debtor in possession (the "Debtor"). Appearances were made as set forth in the Court's record.

The Court, having considered the Motion, the Debtor's opposition to the Motion, and all other pleadings and papers filed in support of, and in opposition to, the Motion, with good cause appearing, having found that the Court would benefit from an independent examination of: (a) the potential causes of action referenced by Picerne in the Motion; and (b) whether pursuing such actions would inure to the benefit of the Debtors' estate, hereby orders as follows:

1. The Motion is denied without prejudice;

2. The United States Trustee is directed to select and appoint an examiner (the "Examiner") who shall thereafter file a written report (the "Report") with the Court and serve the Report on the Debtor, Picerne, the United States Trustee, and all parties who have filed a request for special notice in this case;

3. The Report shall:

    a. Identify any potential causes of action referenced in the Motion (the "Potential Causes of Action");

    b. Evaluate and describe the potential for success, if any, and/or the potential for failure, if any, in pursuing any of the Potential Causes of Action; and

      c.    Evaluate and describe the net benefit, if any, to creditors of the Debtor's estate, and/or the costs, if any, to the Debtor's estate, from pursuing any of the Potential Causes of Action.

4.    The Examiner is directed to file and serve the Report no later that ninety (90) days from the date that the United States Trustee appoints the Examiner, without prejudice to the right of the Examiner to request an extension from the Court of the deadline for the Examiner to file the Report; and

5.    After the Examiner has filed the Report, the Court will determine whether any Potential Causes of Action should be pursued, and whether the Examiner or some other party will be provided with the standing to pursue the Potential Causes of Action.

IT IS SO ORDERED.

###

DATED: May 21, 2010

_____
United States Bankruptcy Judge

3

| In re: | CHAPTER 11 |
|---|---|
| CAMPBELL CORNERS LIMITED PARTNERSHIP I, Debtor(s). | Case No.: 2:09-bk-29222-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document described as **ORDER: (1) DENYING WITHOUT PREJUDICE MOTION FILED BY PICERNE CONSTRUCTION CORP. FOR AUTHORITY TO PROSECUTE FRAUDULENT AND PREFERENTIAL TRANSFERS IN THE INTERESTS OF THE ESTATE; OR, IN THE ALTERNATIVE, TO APPOINT A CHAPTER 11 TRUSTEE; AND (2) DIRECTING UNITED STATES TRUSTEE TO APPOINT EXAMINER FOR THE PURPOSE OF EXAMINING POTENTIAL CAUSES OF ACTION AND CLAIMS AND REPORTING EXAMINATION RESULTS TO THE BANKRUPTCY COURT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On May 18, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 18, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Service by E-Mail

- Ron Bender    rb@lnbrb.com
- Mark Bradshaw    mbradshaw@shbllp.com
- Richard W Brunette    rbrunette@sheppardmullin.com
- Ori Katz    okatz@sheppardmullin.com
- Dare Law    dare.law@usdoj.gov
- Krikor J Meshefejian    kjm@lnbrb.com
- Leo D Plotkin    lplotkin@lsl-la.com, dsmall@lsl-la.com
- Robert K Sahyan    rsahyan@sheppardmullin.com
- Wayne R Terry    wterry@hemar-rousso.com

<u>Via Personal Attorney Service</u>
The Hon. Ernest M. Robles
United States Bankruptcy Court
255 East Temple Street
Los Angeles, CA 90012

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 18, 2010 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                             **F 9013-3.1**

| In re:<br><br>CAMPBELL CORNERS LIMITED PARTNERSHIP I,<br><br>Debtor(s). | CHAPTER 11<br><br>Case No.: 2:09-bk-29222-ER |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER: (1) DENYING WITHOUT PREJUDICE MOTION FILED BY PICERNE CONSTRUCTION CORP. FOR AUTHORITY TO PROSECUTE FRAUDULENT AND PREFERENTIAL TRANSFERS IN THE INTERESTS OF THE ESTATE; OR, IN THE ALTERNATIVE, TO APPOINT A CHAPTER 11 TRUSTEE; AND (2) DIRECTING UNITED STATES TRUSTEE TO APPOINT EXAMINER FOR THE PURPOSE OF EXAMINING POTENTIAL CAUSES OF ACTION AND CLAIMS AND REPORTING EXAMINATION RESULTS TO THE BANKRUPTCY COURT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May 18, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Todd M Arnold    tma@lnbrb.com
- Ron Bender    rb@lnbrb.com
- Mark Bradshaw    mbradshaw@shbllp.com
- Richard W Brunette    rbrunette@sheppardmullin.com
- Ori Katz    okatz@sheppardmullin.com
- Dare Law    dare.law@usdoj.gov
- Krikor J Meshefejian    kjm@lnbrb.com
- Leo D Plotkin    lplotkin@lsl-la.com, dsmall@lsl-la.com
- Robert K Sahyan    rsahyan@sheppardmullin.com
- Wayne R Terry    wterry@hemar-rousso.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                        **F 9021-1.1**