1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  Dare Law, SBN 155714
   Trial Attorney
3  OFFICE OF THE UNITED STATES TRUSTEE
   725 South Figueroa Street, 26th Floor
4  Los Angeles, California 90017
   Telephone No. (213) 894-4925
5  Facsimile No. (213) 894-2603
   e-mail: dare.law@usdoj.gov
6

7

8
                  **UNITED STATES BANKRUPTCY COURT**
9           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
                      **LOS ANGELES DIVISION**
10

11
       In Re                                    )    Case Number 2:09-bk-29222 ER
12                                              )
           CAMPBELL CORNERS LIMITED             )    Chapter 11
13         PARTNERSHIP 1,                       )
                                                )    APPLICATION FOR ORDER APPROVING
14                                              )    APPOINTMENT OF EXAMINER
                    Debtor                      )
15                                              )    DATE:        [NO HEARING SET[
                                                )    TIME:
16                                              )    CTRM:        1568
                                                )    255 E. Temple Street
17                                              )    Los Angeles, CA 90017
                                                )
18                                              )
                                                )
19     _____

20         The United States Trustee hereby applies to the Court pursuant to Federal Bankruptcy

21   Rules of Procedure 2007.1 for an Order Approving the Appointment of Examiner and in support

22   thereof, states:

23         1.     The United States Trustee has appointed PETER MASTAN, as Examiner in the

24                above captioned case with duties as enumerated in the Order of this Court entered

25                May 21, 2010, attached hereto as Exhibit "1."

26         2.     The United States Trustee has consulted with the following parties in interest

27                regarding the appointment of the examiner: Ron Bender, Esq. Of Levene, Neale,

28                Bender, Rankin & Brill, attorney for the Debtor, and Richard Brurnette, Esq. Of

                                              1

1    Sheppard Mullin Richter & Hampton LLP, attorney for Picerne Construction

2    Corp.

3    3.    To the best of the United States Trustee's knowledge the Chapter 11 examiner's

4    connection with the debtor, creditors, any other parties in interest, their respective

5    attorneys and accountants, the United States Trustee, and persons employed by the

6    Office of the United States Trustee are limited to the connections set forth in the

7    Chapter 11 trustee's attached Verified Statement, attached hereto as Exhibit "2."

8    WHEREFORE, the United States Trustee requests this Court to enter an Order

9    Approving the Appointment of PETER MASTAN as Examiner in the above captioned case.

10    ///

11    ///

12    Dated:  6|4|2010                    PETER C. ANDERSON
                                          United States Trustee

13

14

15                                        By:    Jill M. Sturtevant
                                          Assistant United States Trustee

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit "1"

# Exhibit "1"

RON BENDER (SBN 143364)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbrb.com; kjm@lnbrb.com

FILED & ENTERED

MAY 21 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

CHANGES MADE BY COURT

Counsel for Chapter 11 Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Case No. 2:09-bk-29222-ER |
| | ) |
| CAMPBELL CORNERS LIMITED | ) Chapter 11 |
| PARTNERSHIP I, | ) |
| | ) |
| | ) **ORDER:** |
| Debtor. | ) |
| | ) **(1) DENYING WITHOUT PREJUDICE** |
| | ) **MOTION FILED BY PICERNE** |
| | ) **CONSTRUCTION CORP. FOR** |
| | ) **AUTHORITY TO PROSECUTE** |
| | ) **FRAUDULENT AND PREFERENTIAL** |
| | ) **TRANSFERS IN THE INTERESTS OF** |
| | ) **THE ESTATE; OR, IN THE** |
| | ) **ALTERNATIVE, TO APPOINT A** |
| | ) **CHAPTER 11 TRUSTEE; AND** |
| | ) |
| | ) **(2) DIRECTING UNITED STATES** |
| | ) **TRUSTEE TO APPOINT EXAMINER** |
| | ) **FOR THE PURPOSE OF EXAMINING** |
| | ) **POTENTIAL CAUSES OF ACTION AND** |
| | ) **CLAIMS AND REPORTING** |
| | ) **EXAMINATION RESULTS TO THE** |
| | ) **BANKRUPTCY COURT** |
| | ) |
| | ) Hearing: |
| | ) Date:  May 12, 2010 |
| | ) Time:  10:00 a.m. |
| | ) Place:  Courtroom 1568 |
| | ) 255 East Temple Street |
| | ) Los Angeles, CA 90012 |

1

On May 12, 2010, at 10:00 a.m., the Court held a continued hearing to consider the "Notice Of Motion And Motion For Authority To Prosecute Fraudulent And Preferential Transfers In The Interests Of The Estate; Or, In The Alternative, To Appoint A Chapter 11 Trustee" (the "Motion") filed by Picerne Construction Corp. dba Camelback Construction ("Picerne"), in the bankruptcy case of Campbell Corners Limited Partnership 1, Chapter 11 debtor and debtor in possession (the "Debtor").  Appearances were made as set forth in the Court's record.

The Court, having considered the Motion, the Debtor's opposition to the Motion, and all other pleadings and papers filed in support of, and in opposition to, the Motion, with good cause appearing, having found that the Court would benefit from an independent examination of: (a) the potential causes of action referenced by Picerne in the Motion; and (b) whether pursuing such actions would inure to the benefit of the Debtors' estate, hereby orders as follows:

1.      The Motion is denied without prejudice;

2.      The United States Trustee is directed to select and appoint an examiner (the "Examiner") who shall thereafter file a written report (the "Report") with the Court and serve the Report on the Debtor, Picerne, the United States Trustee, and all parties who have filed a request for special notice in this case;

3.      The Report shall:

    a.   Identify any potential causes of action referenced in the Motion (the "Potential Causes of Action");

    b.   Evaluate and describe the potential for success, if any, and/or the potential for failure, if any, in pursuing any of the Potential Causes of Action; and

Case 2:09-bk-29222-ER   Doc 195   Filed 05/21/10   Entered 05/21/10 15:47:25   Desc
Main Document   Page 3 of 6

c.   Evaluate and describe the net benefit, if any, to creditors of the Debtor's estate, and/or the costs, if any, to the Debtor's estate, from pursuing any of the Potential Causes of Action.

4.   The Examiner is directed to file and serve the Report no later that ninety (90) days from the date that the United States Trustee appoints the Examiner, without prejudice to the right of the Examiner to request an extension from the Court of the deadline for the Examiner to file the Report; and

5.   After the Examiner has filed the Report, the Court will determine whether any Potential Causes of Action should be pursued, and whether the Examiner or some other party will be provided with the standing to pursue the Potential Causes of Action.

IT IS SO ORDERED.

###

DATED: May 21, 2010

United States Bankruptcy Judge

| In re: | CHAPTER 11 |
|---|---|
| CAMPBELL CORNERS LIMITED PARTNERSHIP I,<br>Debtor(s). | Case No.: 2:09-bk-29222-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document described as **ORDER: (1) DENYING WITHOUT PREJUDICE MOTION FILED BY PICERNE CONSTRUCTION CORP. FOR AUTHORITY TO PROSECUTE FRAUDULENT AND PREFERENTIAL TRANSFERS IN THE INTERESTS OF THE ESTATE; OR, IN THE ALTERNATIVE, TO APPOINT A CHAPTER 11 TRUSTEE; AND (2) DIRECTING UNITED STATES TRUSTEE TO APPOINT EXAMINER FOR THE PURPOSE OF EXAMINING POTENTIAL CAUSES OF ACTION AND CLAIMS AND REPORTING EXAMINATION RESULTS TO THE BANKRUPTCY COURT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On May 18, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 18, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Service by E-Mail

- Ron Bender    rb@lnbrb.com
- Mark Bradshaw    mbradshaw@shbllp.com
- Richard W Brunette    rbrunette@sheppardmullin.com
- Ori Katz    okatz@sheppardmullin.com
- Dare Law    dare.law@usdoj.gov

- Krikor J Meshefejian    kjm@lnbrb.com
- Leo D Plotkin    lplotkin@lsl-la.com, dsmall@lsl-la.com
- Robert K Sahyan    rsahyan@sheppardmullin.com
- Wayne R Terry    wterry@hemar-rousso.com

Via Personal Attorney Service
The Hon. Ernest M. Robles
United States Bankruptcy Court
255 East Temple Street
Los Angeles, CA 90012

4

6

1 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

| May 18, 2010 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
3 | *Date* | *Type Name* | *Signature* |

4 | This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5

7

| In re: | CHAPTER 11 |
|---|---|
| CAMPBELL CORNERS LIMITED PARTNERSHIP I, | Case No.: 2:09-bk-29222-ER |
| Debtor(s). | |

## NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I. below:** The United States trustee and case trustee (if any) will always be in this category.
**4) Category II. below:** List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER: (1) DENYING WITHOUT PREJUDICE MOTION FILED BY PICERNE CONSTRUCTION CORP. FOR AUTHORITY TO PROSECUTE FRAUDULENT AND PREFERENTIAL TRANSFERS IN THE INTERESTS OF THE ESTATE; OR, IN THE ALTERNATIVE, TO APPOINT A CHAPTER 11 TRUSTEE; AND (2) DIRECTING UNITED STATES TRUSTEE TO APPOINT EXAMINER FOR THE PURPOSE OF EXAMINING POTENTIAL CAUSES OF ACTION AND CLAIMS AND REPORTING EXAMINATION RESULTS TO THE BANKRUPTCY COURT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May 18, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Todd M Arnold   tma@lnbrb.com
- Ron Bender   rb@lnbrb.com
- Mark Bradshaw   mbradshaw@shbllp.com
- Richard W Brunette   rbrunette@sheppardmullin.com
- Ori Katz   okatz@sheppardmullin.com
- Dare Law   dare.law@usdoj.gov
- Krikor J Meshefejian   kjm@lnbrb.com
- Leo D Plotkin   lplotkin@lsl-la.com, dsmall@lsl-la.com
- Robert K Sahyan   rsahyan@sheppardmullin.com
- Wayne R Terry   wterry@hemar-rousso.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

☐Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9021-1.1**

8

# Exhibit "2"

# Exhibit "2"

PETER J. MASTAN (Bar No. 190250)
c/o
GUMPORT | MASTAN
550 South Hope Street, Suite 825
Los Angeles, California 90071-2627
email: *pmastan@gumportlaw.com*
Telephone:   (213) 452-4900
Facsimile:   (213) 623-3302

Proposed Examiner

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Bk. No.: 2:09-bk-29222-ER |
| CAMPBELL CORNERS LIMITED PARTNERSHIP I, a Michigan limited partnership, | **CHAPTER 11** |
| Debtor and Debtor in Possession. | **DECLARATION OF PETER J. MASTAN RE DISINTERESTEDNESS TO SERVE AS EXAMINER** |
| | **DATE:** **TIME:** **PLACE:**   Courtroom 1568 255 East Temple Street Los Angeles, CA 90071 [Judge Robles] |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

9

## DECLARATION OF PETER J. MASTAN
## RE DISINTERESTEDNESS TO SERVE AS EXAMINER

I, **PETER J. MASTAN**, declare:

     **1.**     I submit this declaration pursuant to 11 U.S.C. § 1104(c) of the Bankruptcy Code ("Bankruptcy Code") and Rules 2007.1(c), 2014, and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") concerning my disinterestedness to serve as an examiner in the case filed by Campbell Corners Limited Partnership I ("Campbell Corners") and entitled *In re Campbell Corners Limited Partnership I, a Michigan limited partnership*, Bk. Case No. 2:09-bk-29222-ER (the "Campbell Corners Case").

     **2.**     I am over eighteen years of age. Except where matters are expressly stated on information and belief or as subject to judicial notice, I have personal knowledge of each fact stated in this declaration and could and would testify competently to those facts.

     **3.**     I am a partner in the law firm named Gumport | Mastan ("G|M"), which is located at 550 South Hope St., Suite 825, Los Angeles, California 90071-2627. G|M's practice includes litigation and investigations, including litigation and investigations on behalf of bankruptcy trustees, receivers, and public and private entities in cases involving allegations of financial or bankruptcy fraud, breach of fiduciary duty, and/or public corruption or violations of conflict of interest laws. My resume is attached as **Exhibit 1**.

     **4.**     Neither I nor any attorney at G|M has ever represented anyone in connection with the Campbell Corners Case.

     **5.**     On Friday, May 21, 2010, while I was in Monterey for the California Bankruptcy Forum, I received an email message from Dare Law, Esq. of the Office of the United States Trustee indicating that I was being considered for the appointment as an examiner in the Campbell Corners Case. On Monday, May 24, 2010, I told Ms. Law that I was interested in serving as that examiner subject to a complete conflicts check.

     **6.**     In order to conduct a conflicts check, I reviewed through Pacers the creditor register and claims register for the Campbell Corners Case. I also obtained through Pacers and

10

1    reviewed the following pleadings filed in the Campbell Corners Case: (a) "Notice of Motion

2    and Motion for Authority to Prosecute Fraudulent and Preferential Transfers in the Interests of

3    the Estate; or, in the Alternative, to Appoint a Chapter 11 Trustee"; (b) "Request for Judicial

4    Notice in Support of Motion for Authority to Prosecute Fraudulent and Preferential Transfers in

5    the Interests of the Estate ..."; (c) "Debtor's Opposition to Motion for Authority to Prosecute

6    Fraudulent and Preferential Transfers . . ."; (d) "Order: (1) Denying Without Prejudice Motion

7    Filed by Picerne Construction Corp. for Authority to Prosecute Fraudulent and Preferential

8    Transfers ...; and (2) Directing the United States Trustee to Appoint Examiner for the Purpose

9    of Examining Potential Causes of Action and Claims and Reporting Examination Results to the

10    Bankruptcy Court;" (e) "Application of Debtor and Debtor in Possession for Order Authorizing

11    Retention of CB Richard Ellis ...;" (f) "Disclosure Statement Describing Debtor's First

12    Amended Plan of Reorganization (Dated May 7, 2010);" (g) "Debtor's First Amended Plan of

13    Reorganization (Dated May 7, 2010);" and (h) "Order Approving Disclosure Statement

14    Describing Debtor's First Amended Plan of Reorganization (Dated May 7, 2010).

15      7.    From the pleadings and the other information set forth in paragraph 6 above, I

16    assembled a list of names to check on G|M's conflicts database for possible conflicts and

17    connections. G|M's conflicts database includes, among other things, the names of G|M's

18    former and current clients and G|M routinely and customarily uses that database to ascertain

19    whether it has conflicts in connection with deciding whether to undertake a new representation.

20    The names checked on G|M's database include the names set forth on **Exhibit 2**. In addition, I

21    requested other attorneys at G|R to notify me if they were aware of any conflicts. Based on my

22    review of the pleadings and other information described in ¶ 6, I hereby represent that:

23      a.    I am disinterested and qualified to serve as an examiner in this case and

24    hereby provide the following information about my connections with parties in interest.

25      b.    I am a person eligible and competent to perform the duties of an examiner

26    in the Campbell Corners Case.

27      c.    I have no served (and G|M has not served) in any capacity in the Campbell

28    Corners Case.

11

1          **d.**     I am not (and G|M is not) a creditor, equity security holder, or insider of

2     Campbell Corners or its subsidiaries. I have not been (and G|M has not been) an

3     investment banker for any outstanding security of Campbell Corners or its subsidiaries.

4          **e.**     I have not been (and G|M has not been) an attorney or adviser for any

5     investment banker for any outstanding security of Campbell Corners or any of its

6     subsidiaries.

7          **f.**     I do not hold (and G|M does not hold) an interest materially adverse to

8     Campbell Corners' bankruptcy estate (the "Estate") or any class of creditors or equity

9     security holders, by reason of any direct or indirect relationship to, or interest in,

10     Campbell corners and its subsidiaries or any of their investment bankers, or for any other

11     reason.

12     **8.**     I am not related, and to the best of my knowledge, no attorney at G|M is related to

13  the United States Trustee for the Central District of California or to the Assistant United States

14  Trustee assigned to he Campbell Corners Case.

15     **9.**     I am not related, and to the best of my knowledge, no attorney at G|M is related

16  to the United States Bankruptcy Judge, the Honorable Ernest Robles, presiding in the Campbell

17  Corners Case.

18     **10.**     I have practiced law for approximately 12 1/2 years and my firm has maintained a

19  litigation and bankruptcy practice for nearly 15 years. As a result, my firm and I have been (and

20  are currently) involved in cases in which counsel and other professionals and/or creditors and

21  other parties in interest have been involved (including without limitation Levene, Neale,

22  Bender, Rankin & Brill, LLP, Schulman Hodges & Bastian, LLP, Sheppard, Mullin, Richter &

23  Hampton, and Howard Rice Nemerovski Canady Falk & Rabkin). G|M does not have a

24  business referral agreement with any law firm, including without limitation all of the above-

25  named firms. Over the years, G|M may have recommended to persons or entities seeking

26  representation that G|M is either unwilling or unable to provide that they consider seeking the

27  counsel of those law firms (in addition to other law firms).

28  / / /

12

1    **11.**    I and members of G|M have appeared in cases in which United States Trustee

2    Peter C. Anderson and others in his office (including Dare Law, Esq.) have been involved. This

3    includes cases in which, prior to his becoming United States Trustee for the Central District of

4    California, G|M represented Peter C. Anderson in his capacity as a chapter 7 bankruptcy trustee.

5    **12.**    Counsel for the debtor in possession is the Levene Neale firm. The Levene Neale

6    firm currently represents various petitioning creditors in five related involuntary bankruptcy

7    proceedings in which my first represents the interim chapter 11 trustee and has been counsel to

8    various parties in other cases in which I and/or G|M was involved. In connection with the 2010

9    California Bankruptcy Forum, Todd Arnold, Esq. of the Levene Neale firm produced a panel on

10   which Leonard L. Gumport, Esq. of my office was a panelist. I do not regard any of my or

11   G|M's connections with the Levene Neale firm as conflicts.

12   **13.**    Counsel for creditor Picerne Construction is the Sheppard Mullin firm. Many

13   years ago, my firm represented Thrifty Oil Co. in connection with a dispute with Sheppard

14   Mullin. That dispute was resolved many years ago. Ori Katz, Esq. of Sheppard Mullin and I

15   were both involved in the planning and conduct of the 2010 California Bankruptcy Forum. In

16   connection with the 2011 California Bankruptcy Forum, Mr. Katz is a conference co-chair and I

17   am an education co-chair. I do not regard any of my or G|M's connections with the Sheppard

18   Mullin firm as conflicts.

19   **14.**    Certain of the creditors involved in the Campbell Corners Case have been

20   involved in other bankruptcy cases in which I and/or G|M participated. Those creditors include

21   (a) the Franchise Tax Board, (b) the Internal Revenue Service, and (c) the Los Angeles County

22   Tax Collector. Neither I nor my firm has served as counsel to any of these creditors.

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

13

1       **15.**    Based on my communications with Ronald Bender, Esq. of the Levene Neale

2   firm, subject to Bankruptcy Court approval, Robert Kopple will cause the EL II Properties Trust

3   u/d/t Dated July 1, 1983, which I understand is an owner of the debtor, to loan $25,000 to the

4   debtor as a retainer for my services as the examiner in this case.

5       I declare under penalty of perjury that the foregoing is true and correct and that this

6   declaration was executed this 3rd day of June 2010 at Los Angeles, California.

                               PETER J. MASTAN

14

# PETER J. MASTAN
**550 S. Hope Street, Suite 825**
**Los Angeles, California 90071**
**(213) 452-4900**

## EDUCATION

**LOYOLA LAW SCHOOL**, Los Angeles, California
Juris Doctor - May 1997 (Dean's List: 1995-96 and 1996-97)
Entertainment Law Journal - Note and Comment Editor
St. Thomas More Law Honor Society
American Jurisprudence Awards:
> -Secured Transactions in Personal Property
> -Federal Income Taxation

**UNIVERSITY OF CALIFORNIA AT LOS ANGELES,** Los Angeles, California
Bachelor of Arts, (History) June 1993

## LEGAL EXPERIENCE

|  |  |
|---|---|
| | **GUMPORT | MASTAN**, Los Angeles, California |
| 1/2003-present | Partner (Managing Partner 1/2004 to present) |
| | -Represent bankruptcy trustees, federal receivers, FTC receivers, creditors, and litigants in all aspects of bankruptcy and federal receivership litigation, including appeals. |
| | -Represent government agencies in political corruption related litigation and investigations, including Cal. Govt. Code § 1090, fraud, and breach of fiduciary duty claims. |
| 8/97 to 12/2002 | Associate |
| 8/95-8/97 | Law clerk |

| | |
|---|---|
| 6/95 through 8/95 | **LOYOLA LAW SCHOOL**, Los Angeles, California |

Research Assistant for Professor Charlotte K. Goldberg (Civil Procedure and Family Law)
-Researched and drafted memoranda on various Federal Rules of Civil Procedure focusing on supplemental jurisdiction and the special requirements of pleading fraud.
-Researched and drafted memoranda regarding various Family Law, and Marital Property issues including the constitutionality of retroactive application of California's presumption of joint tenancy as community property.

## HONORS/AWARDS/PANELS

-Co-Education Chair of the Young Insolvency Professional program for the California Bankruptcy Forum (2010)
-Named "Southern California Rising Star, Bankruptcy and Creditors Rights" by Los Angeles Magazine (2009)
-California Bankruptcy Forum producer of "Current Issues in Single Asset Real Estate Cases" (2009)
-Panelist at Loyola Law School "Seeking a Small Firm Experience" (2005).

## PUBLISHED OPINIONS

*-In re Slatkin (Johnson v. Neilson, trustee)*, 525 F.3d 805 (9th Cir. 2008)
*-Walsh v. County of San Bernardino*, 158 Cal.App.4th 533 (2008)

**EXHIBIT 1**

15

**BAR ADMISSIONS**

-State of California (1997); Washington DC (2009)
-Federal District Court:
    -Central District of California (1997)
    -Southern District of California (1998)
    -Northern District of California (1999)
-Ninth Circuit Court of Appeals (1997)

**MEMBERSHIPS**

-Member of the American Bankruptcy Institute
-Member of the California Bankruptcy Forum
-Member of the Los Angeles Bankruptcy Forum

# EXHIBIT 1

16

## REPRESENTATIVE CASES

### In re Reed E. Slatkin and Substantively Consolidated Affiliates Topsight Oregon, Inc. and Reed Slatkin Investment Club, L.P. Liquidating Trust

Represented chapter 11 trustee of $500,000,000.00 Ponzi scheme operator and co-founder of EarthLink in various aspects of bankruptcy case and hundreds of fraudulent transfer adversary proceedings, including issues related to the interaction between bankruptcy fraudulent transfer law and the protections provided to retirement plans under ERISA.

### County of San Bernardino et al. v. Hlawek et al./SHL Assoc. v. County of San Bernardino

Represented county government in multi-million dollar public corruption action against former officers of the county and former county contractors alleged to have received and paid bribes and/or kickbacks in connection with the allocation of county contracts. Also represented the county in a parallel lawsuit successfully moving for the transfer of venue from San Diego County to San Bernardino County where SHL, a target of the County's corruption law suit, filed preemptive law suit against the County in an attempt to avoid being sued as part of the County's main corruption action and in anti-SLAPP proceedings.

### Speier, Trustee v. Major California Law Firm

Successfully represented major California law firm who was previously counsel to bankrupt debtor and debtor-in-possession in multi-million dollar breach of fiduciary duty and fraudulent transfer lawsuit initiated by subsequently appointed bankruptcy trustee.

### In re the Substantively Consolidated Bankruptcy Estates of Bruce P. McNall, McNall Sports & Entertainment, Inc., Kings Hockey, Inc., and L.A. Kings, Ltd.

Represented chapter 7 trustee in various aspects of bankruptcy case, including issues relating to the extra-territorial service of process (Cook Islands), asset sales, obtaining discovery relating to financial institutions from the FDIC, and objections to various proofs of claim.

### United States of America v. Kato

Represented District Court appointed receiver in $96 million bank and wire fraud receivership action initiated by the Office of the United States Attorney. Liquidated in excess of $6.9 million in real property, jewelry, and automobiles for the benefit of the receivership estate.

### In re Fink

Represented chapter 7 bankruptcy trustee in connection with a detailed analysis of financial records to trace funds and stock sale transactions for purposes of identifying hidden assets and establishing property interests in known assets. Resulted in published opinion holding that consideration received for a transfer made in violation of federal securities laws does not constitute reasonably equivalent value for purposes of fraudulent transfer law.

### In re Rubin

Represented chapter 7 bankruptcy trustee in prosecuting civil contempt proceedings. Successfully defended the bankruptcy court's civil contempt findings through the appellate process, including argument before the Ninth Circuit Court of Appeals, resulting in the affirmance of civil contempt sanctions that accrued to an amount in excess of $100,000. 17

**EXHIBIT 1**

**Debtor**
Campbell Corners Limited Partnership I

**Debtor's Counsel**
Ron Bender, Esq.
Krikor J. Meshefejian, Esq.
Todd Arnold, Esq.
Levene, Neale, Bender, Rankin & Brill, LLP

**Creditor**
Picerne Construction Corp.
Camelback Construction

**Counsel to Picerne**
Richard Burnette, Esq.
Ori Katz, Esq.
Scott Hennigh, Esq.
Meredith Jones-McKeown

**Proposed Real Estate Advisor and Broker to Debtor**
CB Richard Ellis, Inc.
Charles Deloney
William Ayres

**Others on ECF Service List**
Mark Bradshaw, Esq/
Leo Plotkin, Esq.
Wayne Terry, Esq.

**OUST**
Peter Anderson
Dare Law

**Creditor**
Whitehall Financial, LLC.

**Appraiser**
First Service PGP Valuation

**Principal in Debtor**
EL II Properties Trust
Siena Villas


**EXHIBIT 2**

18

**Subsidiary of Debtor**
Castellino Villas

**Principal of the Debtor or of Debtor's Principal**
Robert C. Kopple

**Lender on Nolan Property**
Fannie Mae

**Special Counsel to Debtor**
Harris, Rosales & Harris

**Accountant to Debtor**
Dan Delaney

**Special Counsel to Debtor**
Howard Rice Nemerovski Canady Falk & Rabkin

**Debtor's Leasing Agent**
WRS Real Estate

**Lender on Laguna Properties**
Central Pacific Bank

EXHIBIT 2

19

**2:09-bk-29222-ER** Campbell Corners Limited Partnership I
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Ernest M. Robles
**Date filed:** 07/24/2009 **Date of last filing:** 06/02/2010

# Creditors

**Above Grounds Only**
9241 El Grove Florin Rd
No. 219
Elk Grove, CA 95624

(24500543)
(cr)

**Above Grounds Only**
9241 El Grove Florin Rd
No. 219
Elk Grove, CA 95624

(25877539)
(cr)

**Above Grounds Only**
9241 El Grove Florin Rd
No. 219
Elk Grove, CA 95624

(25732966)
(cr)

**Alliance Electric**
PO 255524
Sacramento, CA 95865

(25732967)
(cr)

**Alliance Electric**
PO 255524
Sacramento, CA 95865

(25877540)
(cr)

**Alliance Electric**
PO 255524
Sacramento, CA 95865

(24500544)
(cr)

**Allied Waste Services**
PO Box 78829
Phoenix, AZ 85062

(25877541)
(cr)

**Allied Waste Services**
PO Box 78829
Phoenix, AZ 85062

(24500545)
(cr)

**Allied Waste Services**
PO Box 78829
Phoenix, AZ 85062

(25732968)
(cr)

**Anh Lu**
9109-100 Laguna Main Street
Elk Grove, CA

(25732969)
(cr)

**Anh Lu**
9109-100 Laguna Main Street

(24500546)
(cr)

**EXHIBIT 2**

20

Elk Grove, CA

**Anita Lancers Reporting Inc.**
3550 North Central Avenue #710
Phoenix, AZ 85012

(24500547)
(cr)

**Anita Lancers Reporting Inc.**
3550 North Central Avenue #710
Phoenix, AZ 85012

(25732970)
(cr)

**Anita Lancers Reporting Inc.**
3550 North Central Avenue #710
Phoenix, AZ 85012

(25877542)
(cr)

**Anthony and Janet Espinoza**
3117 Harbour Shore
Elk Grove, CA

(24500548)
(cr)

**Anthony and Janet Espinoza**
3117 Harbour Shore
Elk Grove, CA

(25732971)
(cr)

**Bell, Rosenberg & Hughes LLP**
1300 Clay Street
Ste 1000
Oakland, CA 94612

(25732972)
(cr)

**Bell, Rosenberg & Hughes LLP**
1300 Clay Street
Ste 1000
Oakland, CA 94612

(25877543)
(cr)

**Bell, Rosenberg & Hughes LLP**
1300 Clay Street
Ste 1000
Oakland, CA 94612

(24500549)
(cr)

**Campbell Corners Limited Partnership I**
11340 Olympic Blvd. No 210
Los Angeles, CA 90064

(25877536)
(cr)

**Central Pacific Bank**
Attn. Bradford K. Giles, Senior VP
16870 San Bernardo Dr., Suite 360
San Diego, CA 92127

(25732973)
(cr)

**Central Pacific Bank**
Attn. Bradford K. Giles, Senior VP
16870 San Bernardo Dr., Suite 360
San Diego, CA 92127

(24500550)
(cr)

**Central Pacific Bank**
Attn. Bradford K. Giles, Senior VP
16870 San Bernardo Dr., Suite 360

(25877544)
(cr)

# EXHIBIT 2

21

San Diego, CA 92127

**Chips Pest Control**
PO Box 7634
Citrus Heights, CA 95621
(24500551)
(cr)

**Chips Pest Control**
PO Box 7634
Citrus Heights, CA 95621
(25732974)
(cr)

**Chips Pest Control**
PO Box 7634
Citrus Heights, CA 95621
(25877545)
(cr)

**E.L. II Properties Trust**
c/o Tom Lallas, Esq.
John P. Mertens, Esq.
LEVY, SMALL & LALLAS
815 Moraga Drive
Los Angeles, CA 90049
(26345396)
(cr)

**EL II Properties Trust**
Attn: Robert Kopple, Trustee
11340 Olympic Blvd., #210
Los Angeles, CA 90064
(25732975)
(cr)

**EL II Properties Trust**
Robert C. Kopple, Trustee
10866 Wilshire Blvd., Suite 1500
Los Angeles, CA 90024
(25877547)
(cr)

**EL II Properties Trust**
Attn: Robert Kopple, Trustee
11340 Olympic Blvd, #210
Los Angeles, CA 90064
(24500552)
(cr)

**EL II Properties Trust**
Attn: Robert Kopple, Trustee
11340 Olympic Blvd, #210
Los Angeles, CA 90064
(25877546)
(cr)

**EL II Properties Trust**
Robert C. Kopple, Trustee
10866 Wilshire Blvd., Suite 1500
Los Angeles, CA 90024
(25732976)
(cr)

**Erich Kopple**
9103 Laguna Main Street #170
Elk Grove, CA 95758
(25732977)
(cr)

**Erich Kopple**
9103 Laguna Main Street #170
Elk Grove, CA 95758
(24500553)
(cr)



**EXHIBIT 2**

22

**Erich Kopple**
9103 Laguna Main Street #170
Elk Grove, CA 95758

(25877548)
(cr)

**FPI Management, Inc.**
800 Iron Point Road
Folsom, CA 95630

(25877549)
(cr)

**FPI Management, Inc.**
800 Iron Point Road
Folsom, CA 95630

(25732978)
(cr)

**FPI Management, Inc.**
800 Iron Point Road
Folsom, CA 95630

(24500554)
(cr)

**Franchise Tax Board**
Bankruptcy Unit
POB 2952
Sacramento, CA 95812

(25732979)
(cr)

**Franchise Tax Board**
Bankruptcy Unit
POB 2952
Sacramento, CA 95812

(24500555)
(cr)

**Franchise Tax Board**
Bankruptcy Section MS A340
Po Box 2952
Sacramento, CA 95812

(25592798)
(cr)

**Franchise Tax Board**
Bankruptcy Unit
POB 2952
Sacramento, CA 95812

(25877550)
(cr)

**Fredericka Reeves**
3604 Agneta Court
Elk Grove, CA

(24500556)
(cr)

**Fredericka Reeves**
3604 Agneta Court
Elk Grove, CA

(25732980)
(cr)

**Gallina LLP**
201 North Civic Drive, Suite 230
Walnut Creek, CA 94596

(24500557)
(cr)

**Gallina LLP**
201 North Civic Drive, Suite 230
Walnut Creek, CA 94596

(25877551)
(cr)

**Gallina LLP**
201 North Civic Drive, Suite 230

(25732981)

**EXHIBIT 2**

23

| | |
|---|---|
| Walnut Creek, CA 94596 | (cr) |
| **Green Valley Landscape Services**<br>8041 25th Avenue<br>Sacramento, CA 95820 | (25877552)<br>(cr) |
| **Green Valley Landscape Services**<br>8041 25th Avenue<br>Sacramento, CA 95820 | (25732982)<br>(cr) |
| **Howard Rice Nemerovski Canady Falk**<br>& Rabkin<br>3 Embarcadero Center, 7th Floor<br>San Francisco, CA 94111 | (25732983)<br>(cr) |
| **Howard Rice Nemerovski Canady Falk**<br>& Rabkin<br>3 Embarcadero Center, 7th Floor<br>San Francisco, CA 94111 | (24500558)<br>(cr) |
| **Howard Rice Nemerovski Canady Falk**<br>& Rabkin<br>3 Embarcadero Center, 7th Floor<br>San Francisco, CA 94111 | (25877553)<br>(cr) |
| **Internal Revenue Service**<br>P.O. Box 21126<br>Philadelphia, PA 19114 | (25732984)<br>(cr) |
| **Internal Revenue Service**<br>P.O. Box 21126<br>Philadelphia, PA 19114 | (24500559)<br>(cr) |
| **Internal Revenue Service**<br>P.O. Box 21126<br>Philadelphia, PA 19114 | (25877554)<br>(cr) |
| **Kanwerdeep Bhullar and**<br>Parmjit Dhaliwal<br>9101-190 Laguna Main Street<br>Elk Grove, CA | (24500560)<br>(cr) |
| **Kanwerdeep Bhullar and**<br>Parmjit Dhaliwal<br>9101-190 Laguna Main Street<br>Elk Grove, CA | (25732985)<br>(cr) |
| **KF Properties, Inc.**<br>9103-170 Laguna Main Street<br>Elk Grove, CA | (25732986)<br>(cr) |
| **KF Properties, Inc.**<br>11340 Olympic Blvd. #210<br>Los Angeles, CA 90064 | (25732987)<br>(cr) |

# EXHIBIT 2

24

**KF Properties, Inc.**
9103-170 Laguna Main Street
Elk Grove, CA

(24500561)
(cr)

**KF Properties, Inc.**
11340 Olympic Blvd. #210
Los Angeles, CA 90064

(25877556)
(cr)

**KF Properties, Inc.**
11340 Olympic Blvd. #210
Los Angeles, CA 90064

(24500562)
(cr)

**KF Properties, Inc.**
9103-170 Laguna Main Street
Elk Grove, CA

(25877555)
(cr)

**Laguna West Association**
PO Box 348600
Sacramento, CA 95834

(25877557)
(cr)

**Laguna West Association**
PO Box 348600
Sacramento, CA 95834

(25732988)
(cr)

**Lewis and Judith McCarthy**
9109-120 Laguna Main Street
Elk Grove, CA

(25732989)
(cr)

**Lewis and Judith McCarthy**
9109-120 Laguna Main Street
Elk Grove, CA

(24500563)
(cr)

**LOS ANGELES COUNTY TREASURER**

& TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054-0110

(25466898)
(cr)

**Miller Starr Regalia**
Dept 05115
PO Box 39000
San Francisco, CA 94139

(25877558)
(cr)

**Miller Starr Regalia**
Dept 05115
PO Box 39000
San Francisco, CA 94139

(24500564)
(cr)

**Miller Starr Regalia**
Dept 05115
PO Box 39000
San Francisco, CA 94139

(25732990)
(cr)

**Pamela and Thomas Lu**


EXHIBIT 2

25

| | |
|---|---|
| 9105-140 Laguna Main Street<br>Elk Grove, CA | (24500565)<br>(cr) |
| **Pamela and Thomas Lu**<br>9105-140 Laguna Main Street<br>Elk Grove, CA | (25732991)<br>(cr) |
| **Picerne**<br>1420 East Missouri Avenue, Ste. 100<br>Phoenix, AZ 85014 | (24245996)<br>(cr) |
| **Picerne**<br>c/o Scott Hennigh, Sheppard Mullin<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 | (24245997)<br>(cr) |
| **Picerne Construction Corp.**<br>1420 East Missouri Avenue, Ste. 100<br>Phoenix, AZ 85014 | (25877559)<br>(cr) |
| **Picerne Construction Corp.**<br>1420 East Missouri Avenue, Ste. 100<br>Phoenix, AZ 85014 | (24500566)<br>(cr) |
| **Picerne Construction Corp.**<br>1420 East Missouri Avenue, Ste. 100<br>Phoenix, AZ 85014 | (25732992)<br>(cr) |
| **Poop Patrol LH I**<br>3120 Lewick Rd<br>Sacramento, CA 95821 | (25877560)<br>(cr) |
| **Poop Patrol LH I**<br>3120 Lewick Rd<br>Sacramento, CA 95821 | (24500567)<br>(cr) |
| **Poop Patrol LH I**<br>3120 Lewick Rd<br>Sacramento, CA 95821 | (25732993)<br>(cr) |
| **Robert C. Kopple**<br>10866 Wilshire Blvd.<br>Suite 1500<br>Los Angeles, CA 90024 | (24500568)<br>(cr) |
| **Robert C. Kopple**<br>10866 Wilshire Blvd.<br>Suite 1500<br>Los Angeles, CA 90024 | (25732994)<br>(cr) |
| **Robert C. Kopple**<br>10866 Wilshire Blvd.<br>Suite 1500<br>Los Angeles, CA 90024 | (25877561)<br>(cr) |

**EXHIBIT 2**

26

**Ron Bender**
Levene, Neale, Bender, Rankin & Brill LL     (25877537)
10250 Constellation Blvd.                    (cr)
Suite 1700
Los Angeles, CA 90067

**Sacramento County**
Assessor's Office                            (25877562)
3701 Power Inn Rd. Suite 3000                (cr)
Sacramento, CA 95826

**Sacramento County**
Assessor's Office                            (24500569)
3701 Power Inn Rd., Suite 3000               (cr)
Sacramento, CA 95826

**Sacramento County**
Assessor's Office                            (25732995)
3701 Power Inn Rd., Suite 3000               (cr)
Sacramento, CA 95826

**Sacramento County Tax Collector**
Attn: Bankruptcy                             (25679938)
700 H Street, Room 1710                      (cr)
Sacramento, Ca 95814

**SMUD**
PO Box 15555                                 (24500570)
Sacramento, CA 95852                         (cr)

**SMUD**
PO Box 15555                                 (25877563)
Sacramento, CA 95852                         (cr)

**SMUD**
PO BOX 15830                                 (26000982)
MS A253                                      (cr)
SACRAMENTO CA 95852-1830

**SMUD**
PO Box 15555                                 (25732996)
Sacramento, CA 95852                         (cr)

**Terranomics**
1650 Technology Drive, Suite 600             (24500571)
San Jose, CA 95110                           (cr)

**Terranomics**
1650 Technology Drive, Suite 600             (25732997)
San Jose, CA 95110                           (cr)

**Terranomics**                              (25877564)
1650 Technology Drive, Suite 600             (cr)

# EXHIBIT 2

27

San Jose, CA 95110

**U.S. Trustee**
Ernst & Young Plaza                           (25877538)
725 S. Figueroa Street, 26th Floor            (cr)
Los Angeles, CA 90017

**U.S. Trustee**
Ernst & Young Plaza                           (25732965)
725 S. Figueroa Street, 26th Floor            (cr)
Los Angeles, CA 90017

**U.S. Trustee**
Ernst & Young Plaza                           (24245995)
725 S. Figueroa Street, 26th Floor            (cr)
Los Angeles, CA 90017

**U.S. Trustee**
Ernst & Young Plaza                           (24500542)
725 S. Figueroa Street, 26th Floor            (cr)
Los Angeles, CA 90017

**Various Service Contracts**                 (24500572)
month to month                                (cr)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/03/2010 16:12:39 | | | |
| **PACER Login:** | gr0090 | **Client Code:** | Campbell Corners |
| **Description:** | Creditor List | **Search Criteria:** | 2:09-bk-29222-ER Creditor Type: All |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |

# EXHIBIT 2

28

| In re: Campbell Corners Limited Partnership 1 | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 2:09-bk-29222-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017

A true and correct copy of the foregoing document described __APPLICATION FOR ORDER APPROVING APPOINTMENT OF EXAMINER_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 7, 2010_____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___June 7, 2010_____I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____June 7, 2010_____I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed. **Upon filing I will be giving a filed document to a Court delivery service consistent with our normal business practice, with instruction to deliver the copy to the chamber bin outside Suite1560 for the Honorable Ernest Robles.**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 7, 2010 | Stephanie Hill | *Stephanie Hill* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

| In re: Campbell Corners Limited Partnership I | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 2:09-bk-29222-ER |

## ADDITIONAL SERVICE INFORMATION

### TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- Todd M Arnold    tma@lnbrb.com
- Ron Bender    rb@lnbrb.com
- Mark Bradshaw    mbradshaw@shbllp.com
- Richard W Brunette    rbrunette@sheppardmullin.com
- Ori Katz    okatz@sheppardmullin.com
- Dare Law    dare.law@usdoj.gov
- Krikor J Meshefejian    kjm@lnbrb.com
- Leo D Plotkin    lplotkin@lsl-la.com, dsmall@lsl-la.com
- Robert K Sahyan    rsahyan@sheppardmullin.com
- Wayne R Terry    wterry@hemar-rousso.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

### SERVED BY U.S. MAIL OR OVERNIGHT MAIL

#### DEBTOR
**Campbell Corners Limited Partnership I**
11340 Olympic Blvd., #210
Los Angeles, CA 90064

#### DEBTOR'S COUNSEL
**Todd M Arnold**
Levene, Neale, Bender, Rankin & Bri
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067

#### OTHER INTERESTED PARTIES
Scott Harris
Harris, Rosales & Harris
351 Saint Mary St
Pleasanton, CA 94566

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                     F 9013-3.1    30