1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  JILL M. STURTEVANT, State Bar No. 089395
   ASSISTANT UNITED STATES TRUSTEE
3  Dare Law, State Bar No. 155714
   TRIAL ATTORNEY
4  OFFICE OF THE UNITED STATES TRUSTEE
   725 South Figueroa Street, Suite 2600
5  Los Angeles, California 90017-5418
   (213) 894-4925 telephone
6  (213) 894-2603 facsimile
   Email: dare.law@*usdoj.gov*

FILED & ENTERED

JUN 16 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re:                                ) Case No.: 02:09-bk-29222 ER
                                      )
CAMPBELL CORNERS LIMTIED              ) Chapter  11
PARTNERSHIP I                         )
                                      ) ORDER APPROVING APPOINTMENT OF
        Debtor.                       ) EXAMINER
                                      )
                                      ) Date:   [NO HEARING REQUIRED]
                                      ) Time:   .
                                      ) Ctrm:   1568
                                      )
                                      )

Based upon the United States Trustee's Application for Order Approving Appointment of Examiner, filed on June 07, 2010, and good cause appearing, it is hereby

ORDERED that the Court approves the appointment of Peter Mastan as Chapter 11 Examiner in the above captioned case with duties as enumerated in an order entered May 21, 2010 directing the United States Trustee to appoint an Examiner for the purpose of examining potential causes of action and claims and reporting examination results to the Bankruptcy Court within 90 days of entry of this order.

1

1 # # #

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DATED: June 16, 2010

25 _____
United States Bankruptcy Judge

26

27

28

2

| In re: | CAMPBELL CORNERS LIMITED PARTNERSHIP I | | CHAPTER | 11 |
|---|---|---|---|---|
| | | Debtor(s) | CASE NUMBER | 2:09-bk-29222 ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

The foregoing document described as:    ORDER APPROVING APPOINTMENT OF EXAMINER

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF any hyperlink to the document. On _____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On June 07, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**SEE ATTACHED SERVICE LIST**

☒    Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on    JUNE 07, 2010    I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.* **Upon filing I will be giving a field document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**
The Honorable Ernest M. Robles
255 E. Temple Street, courtroom 1568
Los Angeles, CA  90012

Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 07, 2010 | Stephanie Hill | /s/ Stephanie Hill |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| In re: | CAMPBELL CORNERS LIMITED PARTNERSHIP I | | CHAPTER | 11 |
|---|---|---|---|---|
| | | Debtor(s) | CASE NUMBER | 2:09-bk-29222 ER |

## ADDITIONAL SERVICE INFORMATION

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
NONE

**SERVICE BY MAIL**
Campbell Corners Limited Partnership I
11340 Olympic Blvd., #210
Los Angeles, CA 90064

Attorney for Debtor
Todd M Arnold
Levene, Neale, Bender, Rankin & Bri
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067

Attorney for Picerne Construction Corp. dba Camelback
Richard W Brunette
333 S Hope St 48th Fl
Los Angeles, CA 90071-1448

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**

4

| In re: | CAMPBELL CORNERS LIMITED PARTNERSHIP I | | CHAPTER | 11 |
|---|---|---|---|---|
| | | Debtor(s) | CASE NUMBER | 2:09-bk-29222 ER |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4)** **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): ORDER APPROVING APPOINTMENT OF EXAMINER

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.** **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of June 07, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**SEE ATTACHED SERVICE LIST**

☒    Service information continued on attached page

**II.** **SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**SEE ATTACHED SERVICE LIST**

☒    Service information continued on attached page

**III.** **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                      **F 9021-1.1**

5

| In re:   CAMPBELL CORNERS LIMITED PARTNERSHIP I | CHAPTER    11 |
|---|---|
| Debtor(s) | CASE NUMBER    2:09-bk-29222 ER |

## ADDITIONAL SERVICE INFORMATION
## TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- Todd M Arnold    tma@lnbrb.com
- Ron Bender    rb@lnbrb.com
- Mark Bradshaw    mbradshaw@shbllp.com
- Richard W Brunette    rbrunette@sheppardmullin.com
- Ori Katz    okatz@sheppardmullin.com
- Dare Law    dare.law@usdoj.gov
- Krikor J Meshefejian    kjm@lnbrb.com
- Leo D Plotkin    lplotkin@lsl-la.com, dsmall@lsl-la.com
- Robert K Sahyan    rsahyan@sheppardmullin.com
- Wayne R Terry    wterry@hemar-rousso.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**SERVICE BY MAIL**
Campbell Corners Limited Partnership I
11340 Olympic Blvd., #210
Los Angeles, CA 90064

Attorney for Debtor
Todd M Arnold
Levene, Neale, Bender, Rankin & Bri
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**