PETER J. MASTAN (Bar No. 190250)
*pmastan@gumportlaw.com*
c/o GUMPORT | MASTAN
550 South Hope Street, Suite 825
Los Angeles, California 90071-2627
Telephone: (213) 452-4900
Facsimile: (213) 623-3302

Court-Appointed Examiner

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CAMPBELL CORNERS LIMITED PARTNERSHIP I, a Michigan Limited Partnership,<br><br>Debtor. | Bk. No. 2:09-bk-29222-ER<br><br>CHAPTER 11<br><br>NOTICE OF MOTION AND MOTION FOR FRBP 2004 ORDER:<br><br>(A) FOR THE PRODUCTION OF DOCUMENTS BY (1) EL II PROPERTIES TRUST, (2) KF PROPERTIES, INC., (3) ROBERT KOPPLE, (4) 9130 NOLAN STREET, LLC, (5) SIENA VILLAS, LLC, AND (6) KATHLEEN KUHN;<br><br>(B) FOR THE EXAMINATION UNDER OATH OF KATHLEEN KUHN, INDIVIDUALLY AND ON BEHALF OF (1) KF PROPERTIES, INC., (2) 9130 NOLAN STREET, LLC, AND (3) SIENA VILLAS, LLC; AND<br><br>(C) FOR THE EXAMINATION UNDER OATH OF ROBERT KOPPLE, INDIVIDUALLY AND ON BEHALF OF (1) EL II PROPERTIES TRUST, (2) KF PROPERTIES, INC., (3) 9130 NOLAN STREET, LLC, AND (4) SIENA VILLAS, LLC;<br><br>DECLARATION OF PETER J. MASTAN; AND EXHIBITS<br><br>DATE:<br>TIME:<br>PLACE:    Courtroom 1568<br>255 E. Temple St.<br>Los Angeles, CA 90012<br>[Judge Robles]<br><br>[No hearing requested or required.] |

**TO: (1) EL II PROPERTIES TRUST, (2) KF PROPERTIES, INC., (3) 9130 NOLAN STREET, LLC, (4) SIENA VILLAS, LLC, (5) ROBERT KOPPLE, (6) KATHLEEN KUHN, (7) THE OFFICE OF THE UNITED STATES TRUSTEE; (8) THOSE PERSONS AND ENTITIES THAT HAVE REQUESTED SPECIAL NOTICE; AND THEIR RESPECTIVE ATTORNEYS OF RECORD, IF ANY:**

**NOTICE IS HEREBY GIVEN** that, on July 23, 2010, Peter J. Mastan (the "Examiner"), the court-appointed examiner in the bankruptcy case entitled *In re Campbell Corners Limited Partnership I*, U.S.B.C. Case No. 2:09-bk-29222-ER, filed with the Court the following motion (the "Motion"):

Motion for FRBP 2004 Order:

(A) for the Production of Documents by (1) EL II Properties Trust, (2) KF Properties, Inc., (3) Robert Kopple, (4) 9130 Nolan Street, LLC, (5) Siena Villas, LLC, and Kathleen Kuhn;

(B) for the Examination under Oath of Kathleen Kuhn, Individually and on Behalf of (1) KF Properties, Inc., (2) 9130 Nolan Street, LLC, and (3) Siena Villas, LLC; and

(C) for the Examination under Oath of Robert Kopple, Individually and on Behalf of (1) EL II Properties Trust, (2) KF Properties, Inc., (3) 9130 Nolan Street, LLC, and (4) Siena Villas, LLC.

The Motion is made pursuant to Fed.R.Bankr.P. 2004 and L.B.R. 2004-1. Through the Motion, the Examiner seeks an order that provides as follows:

    **A.**    Each of EL II Properties Trust, (2) KF Properties, Inc., (3) 9130 Nolan Street, LLC, (4) Siena Villas, LLC, (5) Robert Kopple, and (6) Kathleen Kuhn, upon service of a subpoena on such persons or entities, shall produce for inspection and copying by the Examiner the documents and things described in **Exhibit A** at 10:00

///

1  a.m. on August 18, 2010, at the offices of Gumport | Mastan, 550 South Hope Street, Suite
2  825, Los Angeles, California 90071.

3    **B.**  KF Properties, Inc., 9130 Nolan Street, LLC, Siena Villas, LLC, and
4  Kathleen Kuhn, upon service of a subpoena on such persons or entities, shall appear
5  through Kathleen Kuhn and submit to a sworn examination by the Examiner pursuant
6  to Fed.R.Bankr.P. 2004 and L.B.R. 2004-1, at the offices of Gumport | Mastan, 550
7  South Hope Street, Suite 825, Los Angeles, California 90071, before a notary public or
8  some other person authorized to administer oaths, beginning at 10:00 a.m. on August
9  18, 2010 and continuing during business hours from day to day thereafter (not
10 including Saturdays, Sundays, and legal holidays) until completed.

11   **C.**  KF Properties, Inc., 9130 Nolan Street, LLC, Siena Villas, LLC, EL II
12 Properties Trust, and Robert Kopple, upon service of a subpoena on such persons or
13 entities, shall appear through Robert Kopple and submit to a sworn examination by the
14 Examiner pursuant to Fed.R.Bankr.P. 2004 and L.B.R. 2004-1, at the offices of
15 Gumport | Mastan, 550 South Hope Street, Suite 825, Los Angeles, California 90071,
16 before a notary public or some other person authorized to administer oaths, beginning
17 at 10:00 a.m. on August 23, 2010 and continuing during business hours from day to
18 day thereafter (not including Saturdays, Sundays, and legal holidays) until completed.

19 **NOTICE UNDER CAL. CODE CIV. PROC. § 1985.3: NOTICE IS FURTHER**
20 **GIVEN THAT (1) THIS RULE 2004 MOTION SEEKS PERSONAL RECORDS OF**
21 **ROBERT KOPPLE; (2) IF KOPPLE OBJECTS TO CENTERLINE'S FURNISHING**
22 **THE RECORDS SOUGHT, THEN KOPPLE MUST FILE PAPERS WITH THE**
23 **COURT OR SERVE A WRITTEN OBJECTION; AND (3) AN ATTORNEY SHOULD**
24 **BE CONSULTED BY KOPPLE ABOUT HIS INTEREST IN PROTECTING HIS**
25 **RIGHTS OF PRIVACY.**

26   **NOTICE IS FURTHER GIVEN** that, the Examiner is not aware of a "residence"
27 address or telephone number for KF Properties, Inc., but that the business addresses of KF
28 Properties, Inc. are as follows:

       KF Properties, Inc.
       11340 W. Olympic Blvd., #210
       Los Angeles, CA 90067

       Robert C. Kopple
       Registered Agent of KF Properties, Inc.
       10866 Wilshire Blvd., Suite 1500
       Los Angeles, CA 90024

**NOTICE IS FURTHER GIVEN** that, the Examiner is not aware of a "residence" address or telephone number for 9130 Nolan Street, LLC, but that the business addresses of 9130 Nolan Street, LLC are as follows:

       9130 Nolan Street, LLC
       10866 Wilshire Blvd., Suite 1500
       Los Angeles, CA 90024

       Robert C. Kopple
       Registered Agent of 9130 Nolan Street, LLC
       10866 Wilshire Blvd., Suite 1500
       Los Angeles, CA 90024

**NOTICE IS FURTHER GIVEN** that, the Examiner is not aware of a "residence" address or telephone number for Siena Villas, LLC, but that the business addresses of Siena Villas, LLC are as follows:

       Siena Villas, LLC
       10866 Wilshire Blvd., Suite 1500
       Los Angeles, CA 90024

       Robert C. Kopple
       Registered Agent of Siena Villas, LLC
       10866 Wilshire Blvd., Suite 1500
       Los Angeles, CA 90024

**NOTICE IS FURTHER GIVEN** that, the Examiner is not aware of a residence address or telephone number Robert Kopple or EL II Properties Trust, but that the business addresses of Robert Kopple, individually and as trustee of the EL II Properties Trust are as follows:

       Robert Kopple, Individually and as Trustee of the
       EL II Properties Trust
       10866 Wilshire Blvd., Suite 1500
       Los Angeles, CA 90024

>Robert C. Kopple, Individually and as Trustee of the
>EL II Properties Trust
>c/o Tom Lallas, Esq.
>Levy, Small & Lallas
>815 Moraga Drive
>Los Angeles, CA 90049
>Tel. No. (310) 471-3000

**NOTICE IS FURTHER GIVEN** that the Examiner is not aware of a telephone number for Kathleen Kuhn, but that:

(a) her residence address may be:

>Kathleen Kuhn
>2960 Neilson Way, #403
>Santa Monica, CA 90405

(b) her business addresses may be:

>Kathleen Kuhn
>11340 Olympic Blvd., Suite 204
>Los Angeles, CA 90064

**NOTICE IS FURTHER GIVEN** that the Motion is made on the grounds that: **(1)** the Examiner has been appointed to investigate, among other things, (a) the existence of claims arising out of the 2006 transfer (the "Transfer") of the real property commonly known as 9130 Nolan Street, Elk Grove, CA 95758 (the "Nolan Property") made in 2006 by debtor Campbell Corners Limited Partnership I ("Campbell Corners") to 9130 Nolan Street, a KF LLC, (b) the validity and avoidability of purported liens in favor of Robert Kopple and/or the EL II Properties Trust, (c) the existence of a deficiency claim against Siena Villas, LLC as the general partner of Campbell Corners, and (d) the advisability of bringing such claims. The Examiner is informed and believes that (1) KF Properties, Inc. is the manager of properties owned and controlled by Campbell Corners, (2) Kathleen Kuhn is involved in the finances of 9130 Nolan Street, LLC, Siena Villas, LLC, and KF Properties, and (3) Robert Kopple is the direct or indirect owner of each of KF Properties, Inc., Siena Villas, LLC, 9130 Nolan Street, LLC, and he is the trustee and beneficiary of the EL II Properties Trust.

**NOTICE IS FURTHER GIVEN** that, as set forth in the attached declaration of Peter J. Mastan, pursuant to L.B.R. 2004-1(a), the Examiner has attempted to meet and confer with the examinees concerning the proposed Rule 2004 examination and document request.

**NOTICE IS FURTHER GIVEN** that this matter cannot proceed under Fed.R.Bankr.P. 7030 or 9014 because there is no pending adversary proceeding or contested matter to which the Examiner is a party in which the proposed discovery would be appropriate.

**NOTICE IS FURTHER GIVEN** that, pursuant to Local Bankruptcy Rule 2004-1(d), no hearing on the motion will take place. However, pursuant to Local Bankruptcy Rule 2004-1(f):

> *The party whose examination is requested may file a motion for protective order if grounds exist under FRBP 7026 and F.R.Civ.P. 26(c). A motion for protective order must be filed and served not less than 14 days before the date of the examination, and set for hearing not less than 2 days before the scheduled examination, unless an order shortening time is granted by the court pursuant to LBR 9075-1.*

Any motion for a protective order must be filed with the Court and served on the Examiner and the Office of the United States Trustee as follows:

**For Filing with the Court:**
Clerk's Office
United States Bankruptcy Court
255 East Temple Street
Los Angeles, California 90012

**For Service on the U.S. Trustee:**
Office of the United States Trustee
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017

**For Service on the Examiner:**
Peter J. Mastan, Examiner
c/o Gumport | Mastan
550 South Hope Street, Suite 825
Los Angeles, California 90071

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

F:\CLIENTS\Campbell Comers\Pleadings\Affiliate2004.mot.wpd

**NOTICE IS FURTHER GIVEN** that failure to timely file and serve the motion for a protective order and to timely set it for hearing in accordance with the Local Bankruptcy Rules may be regarded by the Court as consent to granting this Motion and as a waiver of any basis for a protective order.

DATED: July 27, 2010

Respectfully submitted,

PETER J. MASTAN, EXAMINER

By: _____
Peter J. Mastan
Court-Appointed Examiner

F:\CLIENTS\Campbell Corners\Pleadings\Affiliate2004.mot.wpd

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

Peter J. Mastan, court-appointed examiner in the bankruptcy case entitled *In re Campbell Corners Limited Partnership I*, U.S.B.C. Case No. 2:09-bk-29222-ER, submits this Memorandum of Points and Authorities in support of his motion (the "Motion") for a Rule 2004 order requiring the following:

    **A.**    Each of EL II Properties Trust, (2) KF Properties, Inc., (3) 9130 Nolan Street, LLC, (4) Siena Villas, LLC, (5) Robert Kopple, and (6) Kathleen Kuhn, upon service of a subpoena on such persons or entities, shall produce for inspection and copying by the Examiner the documents and things described in **Exhibit A** at 10:00 a.m. on August 18, 2010, at the offices of Gumport | Mastan, 550 South Hope Street, Suite 825, Los Angeles, California 90071.

    **B.**    KF Properties, Inc., 9130 Nolan Street, LLC, Siena Villas, LLC, and Kathleen Kuhn, upon service of a subpoena on such persons or entities, shall appear through Kathleen Kuhn and submit to a sworn examination by the Examiner pursuant to Fed.R.Bankr.P. 2004 and L.B.R. 2004-1, at the offices of Gumport | Mastan, 550 South Hope Street, Suite 825, Los Angeles, California 90071, before a notary public or some other person authorized to administer oaths, beginning at 10:00 a.m. on August 18, 2010 and continuing during business hours from day to day thereafter (not including Saturdays, Sundays, and legal holidays) until completed.

    **C.**    KF Properties, Inc., 9130 Nolan Street, LLC, Siena Villas, LLC, EL II Properties Trust, and Robert Kopple, upon service of a subpoena on such persons or entities, shall appear through Robert Kopple and submit to a sworn examination by the Examiner pursuant to Fed.R.Bankr.P. 2004 and L.B.R. 2004-1, at the offices of Gumport | Mastan, 550 South Hope Street, Suite 825, Los Angeles, California 90071, before a notary public or some other person authorized to administer oaths, beginning at 10:00 a.m. on August 23, 2010 and continuing during business hours from day to day thereafter (not including Saturdays, Sundays, and legal holidays) until completed.

## II. STATEMENT OF FACTS

### A. The Debtor's Bankruptcy Case

On July 24, 2009, Campbell Corners Limited Partnership I ("Campbell Corners") filed a voluntary petition for relief (i.e., the "Campbell Corners Case") under chapter 11 of the Bankruptcy Code. Mastan Decl., ¶ 2(a).

### B. The Appointment of an Examiner

On May 21, 2010, the Court entered in the Campbell Corners Case an "Order: . . . (2) Directing United States Trustee to Appoint Examiner for the Purpose of Examining Potential Causes of Action and Claims and Reporting Examination Results to the Bankruptcy Court" (the "Examination Order"). Ex. 1.

On June 16, 2010, the Court entered in the Campbell Corners Case an order appointing the Examiner. Mastan Decl., ¶ 2(c).

## III. THE REQUESTED FED.R.BANKR.P. 2004 ORDER SHOULD BE GRANTED

Fed.R.Bankr.P. 2004(a) provides: "On motion of any party in interest, the court may order the examination of any entity." Fed.R.Bankr.P. 2004(b) provides that a Rule 2004 examination "may relate only to the acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate. . . ." "[I]t is well-settled that Rule 2004 discovery enjoys a broad scope, regardless of any background state law issues." *Dynamic Finance Corp. v. Kipperman (In re North Plaza)*, 395 B.R. 113, 122 (S.D. Cal. 2008). "The scope of a Rule 2004 examination is extremely broad and has often been likened to a lawful 'fishing expedition.'" *In re Lufkin*, 255 B.R. 204, 209 (Bankr. E.D. Tenn. 2000).

"The purpose of a Rule 2004 examination is to determine the condition, extent, and location of the debtor's estate in order to maximize distribution to unsecured creditors." *In re Lufkin*, 255 B.R. at 208. "Rule 2004 may be used to search for assets which have been intentionally or unintentionally concealed." *Id.* (citation omitted); *see In re Dinubilo*, 177 B.R. 932, 940 (E.D. Cal. 1993) ("The purpose is to allow inquiry in the debtor's acts, conduct or financial affairs so as to discover the existence or location of assets of the estate").

Pursuant to the Examination Order, the Examiner is to identify and evaluate certain claims for relief alleged by creditor Picerne Construction to exist on behalf of the Campbell Corners bankruptcy estate. Ex. 1. Those claims include the following:

1) The Debtor's alleged fraudulent transfer of a 328-unit apartment complex known as Siena Villas to 9130 Nolan Street, LLC;

2) The enforceability of two purported deeds of trust recorded in favor of Robert Kopple and/or the EL II Properties Trust and against certain real properties owned by Campbell Corners; and

3) The existence of a deficiency claim against Siena Villas, LLC, the general partner of Campbell Corners.

*See* Ex. 2. Campbell Corners disputes that its transfer of the Nolan Street Property was fraudulent and contends that "the sole reason the Debtor transferred title to the Nolan Property to Nolan Street was because the entity which was lending Nolan Street the money to take out the existing construction lender required that the Nolan Property be placed into a separate special purpose entity . . .." Ex. 3, p. 3. Campbell Corners also asserts that claims relating to the alleged fraudulent transfer of the Siena Villas apartment complex and the deficiency claim against general partner Siena Villas, LLC are worthless because (a) the Siena Villas apartment complex has no equity, and (b) Siena Villas, LLC has no assets other than its interest in the Campbell Corners.

The Examiner seeks to obtain records from (a) 9130 Nolan Street, LLC (i.e., the transferee of the 328-unit apartment complex), (b) Siena Villas, LLC (i.e., the general partner of the Debtor), (c) KF Properties, Inc. (i.e., the manager of Campbell Corners' real properties), and (d) Robert Kopple (i.e., the direct or indirect owner of all of the foregoing entities and the Debtor, and the trustee and beneficiary of the EL II Properties Trust). Additionally, the Examiner seeks to examine Kopple, individually and on behalf of 9130 Nolan Street, LLC, Siena Villas, LLC, KF Properties, Inc., and the EL II Properties Trust, and to examine 9130 Nolan Street, LLC, Siena Villas, LLC, and KF Properties, Inc. by and through Kathleen Kuhn (who the Examiner is informed and believes is involved in the

finances of each of those entities, as well as the debtor Campbell Corners). Accordingly, the Examiner believes that each of the examinees has documents and knowledge that are highly relevant to the Examiner's investigation.

IV. **ALL PROCEDURAL REQUIREMENTS HAVE BEEN SATISFIED**

A. **The Examiner has Attempted to Meet and Confer**

As set forth in the attached declaration of Peter J. Mastan, in compliance with Local Bankruptcy Rule 2004-1(a), the Examiner has attempted to meet and confer with the examinees prior to the filing of this motion. The examinees (or some of them) have disputed the Examiners right to certain categories of documents sought by this Rule 2004 motion. The examinees' objections are set forth in Exhibit 5. In some instances, the Examiner has amended or clarified his document requests (i.e., those set forth in Exhibit A) based upon the objections raised in Exhibit 5. However, with respect to the following general categories of documents and information, the Examiner responds as follows:

1) **Documents Relating to 9130 Nolan Street, LLC**: 9130 Nolan Street, LLC is the transferee from the Debtor of the 328-unit apartment complex. 9130 Nolan Street, LLC's receipt of that property, profit from that property, disposition of the proceeds of that property, and capitalization are relevant to, at a minimum, (a) identifying subsequent transferees and/or persons/entities for whose benefit the Debtor's initial transfer of the property was made, and (b) the value of the 328-unit apartment complex now and at the time of the transfer.

2) **Financial Information Related to Siena Villas, LLC**: Siena Villas, LLC is the general partner in the Debtor. The Examiner is investigating the existence of a deficiency claim against Siena Villas, LLC and Picerne Construction's claim that Siena Villas, LLC is a mere shell and the alter ego of Robert Kopple, and that Mr. Kopple should therefore be liable for any deficiency obligation that may be owed by Siena Villas, LLC. The capitalization of Siena Villas, LLC, as well as its finances, is relevant to that inquiry. *See e.g.* Fed.R.Bankr.P. 1007(g) ("The court may order any general partner to file a statement of personal assets and liabilities . . ."). These documents are also relevant to the Debtor's solvency and the

1  Examiner's investigation into potential fraudulent transfer claims. Cal. Civ. Code §
2  3439.02(b) ("A debtor which is a partnership is insolvent if . . . the sum or the partnership's
3  debts is greater than the aggregate of all of the partnerships' assets and the sum of the excess
4  of the value of each general partners' nonpartnership assets over the partner's nonpartnership
5  debts.

6        **3) Credit Applications**: Credit applications identify the assets and liabilities of
7  a person or entity at a given time. Credit Applications requested concerning 9130 Nolan
8  Street, LLC and Siena Villas, LLC are relevant to issues (as set forth above) of (a) shell
9  entities, (b) persons for whose benefit transfers were made, (c) identifying subsequent
10 transferees, and (d) solvency of the Debtor. Credit Applications requested concerning Kopple
11 and EL II Properties Trust are relevant to the determination of whether the "secured loans"
12 from Kopple/EL II Properties Trust were loans or equity contributions.

13       In addition, the Examiner has been charged with evaluating the potential net
14 benefit to the estate of asserting potential claims for relief as alleged by Picerne (to the extent
15 that they exist). The credit Applications of KF Properties, Inc., Kopple, EL II Properties
16 Trust, and Siena Villas, LLC will assist the Examiner in evaluating the collectability of any
17 judgment that the Estate could obtain.

18     **B.**    **No Adversary Proceeding or Contested Matter**
19       The Examiner cannot obtain the requested information from the examinees under
20 Fed.R.Bankr.P. 7030 or 9014 because the Examiner is not a party to any pending adversary
21 proceeding or contested matter. *See In re Buick*, 174 B.R. 299, 305 (Bankr. D. Colo. 1994)
22 ("Thus, even after the trustee has commenced adversary proceeding(s), the trustee may
23 conduct Rule 2004 examinations of entities which are not parties to or are not affected by the
24 pending adversary proceeding(s)").
25 / / /
26 / / /
27 / / /
28 / / /

11.

      **C.**    **Examinee's Contact Information**

The contact information for the examinees is as set forth in the notice of this Motion.

**V.**    **CONCLUSION**

For the reasons set forth above, the Court should grant the relief specified in the Notice of the Motion.

DATED: July 27, 2010                      Respectfully submitted,

                                              PETER J .MASTAN, EXAMINER

                                              By _____
                                                        Peter J. Mastan
                                                   Court-Appointed Examiner

# DECLARATION OF PETER J. MASTAN

I, PETER J. MASTAN, declare:

1.  I am the duly appointed examiner in the bankruptcy case entitled *In re Campbell Corners Limited Partnership I*, U.S.B.C. Case No. 2:09-bk-29222-ER (the "Campbell Corners Case"). Except as expressly stated otherwise, I have personal knowledge of the facts set forth below and could and would competently testify under oath thereto if requested to do so.

2.  The Court may take, and is requested to take, judicial notice of the following:

    a.  On July 24, 2009, Campbell Corners Limited Partnership I ("Campbell Corners") filed a voluntary petition for relief (i.e., the Campbell Corners Case) under chapter 11 of the Bankruptcy Code.

    b.  On May 21, 2010, the Court entered in the Campbell Corners Case an "Order: . . . (2) Directing United States Trustee to Appoint Examiner for the Purpose of Examining Potential Causes of Action and Claims and Reporting Examination Results to the Bankruptcy Court" (the "Examination Order"), a copy of which is **Exhibit 1**.

    c.  On June 16, 2010, the Court entered in the Campbell Corners Case an order appointing Peter J. Mastan as the Examiner in the Campbell Corners Case.

    d.  **Exhibit 2** is a copy of a "Notice of Motion and Motion for Authority to Prosecute Fraudulent and Preferential Transfers in the Interests of the Estate; or, in the Alternative, to Appoint a Chapter 11 Trustee . . ." filed on February 24, 2010 by Picerne Construction Corp.

    e.  **Exhibit 3** is a the "Debtor's Opposition to Motion for Authority to Prosecute Fraudulent and Preferential Transfers in the Inters of the Estate . . ." filed on March 3, 2010 by debtor Campbell Corners Limited Partnership I.

3.  I have attempted to meet and confer with Robert Kopple, EL II Properties, Trust, Siena Villas, LLC, KF Properties, Inc., and 9130 Nolan Street, LLC through their counsel Tom Lallas, Esq. **Exhibit 4** is a copy of my July 16, 2010 email to Mr. Lallas. **Exhibit 5** is a copy of Mr. Lallas' response to the documents requested by me. Based on this

1  response, I made some changes to the document request that is now attached as Exhibit A. I

2  have attempted to speak further with Mr. Lallas about the document requests, but to date have

3  not been able to do so and, given the deadline of this examination, am filing this motion.

4  Additionally, I have requested proposed dates for the examinations of Mr. Kopple and Ms.

5  Kuhn, but have not received any proposed dates. As such, I have chosen dates for the

6  examinations. **Exhibit 6** includes additional correspondence between me and Mr. Lallas

7  attempting to meet and confer concerning this motion.

8    4.    I am not a party to any pending adversary proceeding or contested matter in the

9  Campbell Corners Case.

10    5.    Based on Westlaw public records searches, I am informed and believe as

11  follows:

    a.    The business addresses of KF Properties, Inc. are as follows:

KF Properties, Inc.
11340 W. Olympic Blvd., #210
Los Angeles, CA 90067

Robert C. Kopple
Registered Agent of KF Properties, Inc.
10866 Wilshire Blvd., Suite 1500
Los Angeles, CA 90024

    b.    The business addresses of 9130 Nolan Street, LLC are as follows:

9130 Nolan Street, LLC
10866 Wilshire Blvd., Suite 1500
Los Angeles, CA 90024

Robert C. Kopple
Registered Agent of 9130 Nolan Street, LLC
10866 Wilshire Blvd., Suite 1500
Los Angeles, CA 90024

    c.    The business addresses of Siena Villas, LLC are as follows:

Siena Villas, LLC
10866 Wilshire Blvd., Suite 1500
Los Angeles, CA 90024

27  ///

28  ///

Robert C. Kopple
Registered Agent of Siena Villas, LLC
10866 Wilshire Blvd., Suite 1500
Los Angeles, CA 90024

    **d.**    The business addresses of Robert Kopple, individually and as trustee of the EL II Properties Trust are as follows:

Robert Kopple, Individually and as Trustee of the
EL II Properties Trust
10866 Wilshire Blvd., Suite 1500
Los Angeles, CA 90024

Robert C. Kopple, Individually and as Trustee of the
EL II Properties Trust
c/o Tom Lallas, Esq.
Levy, Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049
Tel. No. (310) 471-3000

    **e.**    With respect to Kathleen Kuhn:

(a) her residence address may be:

Kathleen Kuhn
2960 Neilson Way, #403
Santa Monica, CA 90405

(b) her business addresses may be:

Kathleen Kuhn
11340 Olympic Blvd., Suite 204
Los Angeles, CA 90064

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 27th day of July 2010 at Los Angeles, California.

_____
PETER J. MASTAN

15.

F:\CLIENTS\Campbell Corners\Pleadings\Affiliate2004.mot.wpd