PETER J. MASTAN (Bar No. 190250)
pmastan@gumportlaw.com
c/o GUMPORT | MASTAN
550 South Hope Street, Suite 825
Los Angeles, California 90071-2627
Telephone: (213) 452-4900
Facsimile: (213) 623-3302

Court-Appointed Examiner

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CAMPBELL CORNERS LIMITED PARTNERSHIP I, a Michigan Limited Partnership,<br><br>Debtor. | Bk. No. 2:09-bk-29222-ER<br><br>CHAPTER 11<br><br>NOTICE OF ERRATA RE MOTION FOR FRBP 2004 ORDER:<br><br>(A) FOR THE PRODUCTION OF DOCUMENTS BY (1) EL II PROPERTIES TRUST, (2) KF PROPERTIES, INC., (3) ROBERT KOPPLE, (4) 9130 NOLAN STREET, LLC, (5) SIENA VILLAS, LLC, AND (6) KATHLEEN KUHN;<br><br>(B) FOR THE EXAMINATION UNDER OATH OF KATHLEEN KUHN, INDIVIDUALLY AND ON BEHALF OF (1) KF PROPERTIES, INC., (2) 9130 NOLAN STREET, LLC, AND (3) SIENA VILLAS, LLC; AND<br><br>(C) FOR THE EXAMINATION UNDER OATH OF ROBERT KOPPLE, INDIVIDUALLY AND ON BEHALF OF (1) EL II PROPERTIES TRUST, (2) KF PROPERTIES, INC., (3) 9130 NOLAN STREET, LLC, AND (4) SIENA VILLAS, LLC<br><br>DATE:<br>TIME:<br>PLACE:  Courtroom 1568<br>　　　　　255 E. Temple St.<br>　　　　　Los Angeles, CA 90012<br>　　　　　[Judge Robles]<br><br>[No hearing requested or required.] |

**TO: (1) EL II PROPERTIES TRUST, (2) KF PROPERTIES, INC., (3) 9130 NOLAN STREET, LLC, (4) SIENA VILLAS, LLC, (5) ROBERT KOPPLE, (6) KATHLEEN KUHN, (7) THE OFFICE OF THE UNITED STATES TRUSTEE; (8) THOSE PERSONS AND ENTITIES THAT HAVE REQUESTED SPECIAL NOTICE; AND THEIR RESPECTIVE ATTORNEYS OF RECORD, IF ANY:**

**NOTICE IS HEREBY GIVEN** that Peter J. Mastan (the "Examiner"), the court-appointed examiner in the bankruptcy case entitled *In re Campbell Corners Limited Partnership I*, U.S.B.C. Case No. 2:09-bk-29222-ER, filed with the Court a "Motion for FRBP 2004 Order: (A) for the Production of Documents by (1) EL II Properties Trust, (2) KF Properties, Inc., (3) Robert Kopple, (4) 9130 Nolan Street, LLC, (5) Siena Villas, LLC, and Kathleen Kuhn . . . [etc.]" (the "Motion").

**NOTICE IS FURTHER GIVEN** that, at page 1, line 6, the Motion erroneously stated that it was filed on July 23, 2010. Page 1, line 6 of the Motion should have stated that the Motion was filed on July 27, 2010.

DATED: July 27, 2010

Respectfully submitted,

PETER J. MASTAN, EXAMINER

By: _____
Peter J. Mastan
Court-Appointed Examiner

F:\CLIENTS\Campbell Corners\Pleadings\Affiliate2004.errata.wpd

Case 2:09-bk-29222-ER    Doc 249    Filed 07/28/10    Entered 07/28/10 09:31:32    Desc
Main Document    Page 3 of 5

| In re: CAMPBELL CORNERS LIMITED PARTNERSHIP | CHAPTER: 11 |
|---|---|
| Alleged Debtor(s). | CASE NUMBER: 2:09-bk-29222-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** LIST ANY PERSON OR ENTITY IN Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Gumport | Mastan, 550 S. Hope Street, Suite 825, Los Angeles, CA 90071

A true and correct copy of the foregoing document described as: **NOTICE OF ERRATA RE MOTION FOR FRBP 2004 ORDER: (A) FOR THE PRODUCTION OF DOCUMENTS BY (1) EL II PROPERTIES TRUST, (2) KF PROPERTIES, INC., (3) ROBERT KOPPLE, (4) 9130 NOLAN STREET, LLC, (5) SIENA VILLAS, LLC, AND (6) KATHLEEN KUHN; (B) FOR THE EXAMINATION UNDER OATH OF KATHLEEN KUHN, INDIVIDUALLY AND ON BEHALF OF (1) KF PROPERTIES, INC., (2) 9130 NOLAN STREET, LLC, AND (3) SIENA VILLAS, LLC; AND (C) FOR THE EXAMINATION UNDER OATH OF ROBERT KOPPLE, INDIVIDUALLY AND ON BEHALF OF (1) EL II PROPERTIES TRUST, (2) KF PROPERTIES, INC., (3) 9130 NOLAN STREET, LLC, AND (4) SIENA VILLAS, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(S) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 28, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

    **X** Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **July 28, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    **X** Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows:. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    ___ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 28, 2010 | KATHLEEN MAROSY | /s/ Kathleen Marosy |
|---|---|---|
| Date | Type name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009      F 9013-3.1

**ADDITIONAL SERVICE INFORMATION (if needed):**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| | |
|---|---|
| Todd M Arnold | tma@lnbrb.com |
| Theresa W Bangert | tbangert@sheppardmullin.com |
| Ron Bender | rb@lnbrb.com |
| Mark Bradshaw | mbradshaw@shbllp.com |
| Richard W Brunette | rbrunette@sheppardmullin.com |
| Ori Katz | okatz@sheppardmullin.com |
| Dare Law | dare.law@usdoj.gov |
| Krikor J Meshefejian | kjm@lnbrb.com |
| Leo D Plotkin | lplotkin@lsl-la.com, dsmall@lsl-la.com |
| Robert K Sahyan | rsahyan@sheppardmullin.com |
| Wayne R Terry | wterry@hemar-rousso.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

**TO BE SERVED BY FIRST CLASS U.S. MAIL**

**EXAMINEE, KF PROPERTIES, INC.**
KF Properties, Inc.
11340 W. Olympic Blvd., #210
Los Angeles, CA 90067

**EXAMINEE, 9130 NOLAN STREET, LLC**
9130 Nolan Street, LLC
10866 Wilshire Blvd., Suite 1500
Los Angeles, CA 90024

**EXAMINEE, SIENA VILLAS, LLC**
Siena Villas, LLC
10866 Wilshire Blvd., Suite 1500
Los Angeles, CA 90024

**EXAMINEE, KATHLEEN KUHN**
Kathleen Kuhn
2960 Neilson Way, #403
Santa Monica, CA 90405

**EXAMINEE, KATHLEEN KUHN**
Kathleen Kuhn
11340 Olympic Blvd., Suite 204
Los Angeles, CA 90064

**ROBERT C. KOPPLE, REGISTERED AGENT OF KF PROPERTIES, INC., 9130 NOLAN STREET, LLC, and SIENA VILLAS, LLC**
10866 Wilshire Blvd., Suite 1500
Los Angeles, CA 90024

**EXAMINEE, ROBERT KOPPLE, INDIVIDUALLY AND AS TRUSTEE OF THE EL II PROPERTIES TRUST**
10866 Wilshire Blvd., Suite 1500
Los Angeles, CA 90024

**COUNSEL TO: (1) ROBERT C. KOPPLE, INDIVIDUALLY AND AS TRUSTEE OF THE EL II PROPERTIES TRUST, (2) KF PROPERTIES, INC., (3) 9130 NOLAN STREET, LLC, (4) SIENA VILLAS, LLC and (5) KATHLEEN KUHN**
c/o Tom Lallas, Esq.
Levy, Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049

**THE OFFICE OF THE UNITED STATES TRUSTEE**
Dare Law, Esq.
Office of the U.S. Trustee
Ernst & Young Plaza
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

**PICERNE CONSTRUCTION CORP.**
Scott Hennigh, Esq.
Sheppard, Mullin, Richter & Hampton, LLP
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

Case 2:09-bk-29222-ER    Doc 249    Filed 07/28/10    Entered 07/28/10 09:31:32    Desc
Main Document    Page 5 of 5

| In re: CAMPBELL CORNERS LIMITED PARTNERSHIP | CHAPTER: 11 |
|---|---|
| Alleged Debtor(s). | CASE NUMBER: 2:09-bk-29222-ER |

**ADDITIONAL SERVICE INFORMATION (if needed):**

*<u>TO BE SERVED BY FEDERAL EXPRESS</u>*

**UNITED STATES BANKRUPTCY COURT**
Honorable Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Bldg. and Courthouse
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012