# EXHIBIT D

(to Declaration of Scott E. Hennigh in Support of Picerne's Opposition to Motion to Quash)



17th Floor | Four Embarcadero Center | San Francisco, CA 94111-4109
415-434-9100 *office* | 415-434-3947 *fax* | *www.sheppardmullin.com*

Writer's Direct Line: 415-774-3279
shennigh@sheppardmullin.com

July 16, 2010

Our File Number: 15MJ-150150

*VIA E-MAIL AND OVERNIGHT DELIVERY*

Tom Lallas
John Mertens
LEVY, SMALL & LALLAS
815 Moraga Drive
Los Angeles, California 90049-1633
Tel.: (310) 471-3000
Fax: (310) 471-7990
E-Mail: tlallas@lsl-la.com
        jmertens@lsl-la.com

Re:   *In re: Campbell Corners Limited Partnership I -*
      *C.D. Cal. Case No. 2:09-bk-29222-ER*

Dear Counsel:

We write to negotiate a resolution regarding the discovery Picerne seeks from EL II Properties Trust and Robert Kopple.

As set forth in my letter dated July 2, 2010, Picerne seeks the following documents from EL II:

1. All trust documents for the EL II Properties Trust (*i.e.*, all documents demonstrating and governing the creation, nature, operation, and functioning of the trust).

2. Documents sufficient to show all property and assets held by the EL II Properties Trust at any time since July 24, 2005 to the present.

3. Documents sufficient to show the current value of all property and assets currently held by the EL II Properties Trust.

4. Documents sufficient to show all monetary transfers and other asset transfers in and/or out of the EL II Properties Trust since July 24, 2005 to the present.

The information in these documents is relevant to the determination of issues regarding the reorganization suggested by the proposed Bankruptcy Plan, and Picerne's Objection to the confirmation of that Plan (Docket No. 226). These documents are within the

SHEPPARD MULLIN RICHTER & HAMPTON LLP

Tom Lallas
John Mertens
July 16, 2010
Page 2

scope of the still-pending Rule 2004 subpoena Picerne served on EL II on October 27, 2009 (Docket No. 52).

Picerne also seeks to depose Robert Kopple as Trustee of EL II to gather information relevant to the equity and propriety of the proposed Bankruptcy Plan, which has always been Picerne's purpose for the deposition.

Picerne believes the best course is to agree on mutually-acceptable dates for the production and deposition. An agreement will prevent the parties from burdening the Court with further argument regarding Mr. Kopple's pending motion to quash, which was filed without adherence to the local rule requiring an advance meet-and-confer conference and the submission of a joint stipulation regarding any remaining discovery disputes. (Central District Local Bankruptcy Rule 7026-1.)

### Conclusion – Request for Deposition and Document Production Dates

Picerne requests a date the week of July 26-30 to conduct the deposition of Robert Kopple as Trustee of EL II. Picerne further requests that EL II produce the documents described above at least three business days in advance of the deposition date. Please respond by the close of business on Monday, July 19, 2010, to propose dates for the production and deposition.

If you will not propose such dates, please respond by the close of business on Monday, July 19, 2010 to provide a specific time for a meet-and-confer teleconference on either Tuesday, July 20 or Wednesday, July 21 to discuss these matters.

Very truly yours,

/s/ Scott E. Hennigh

Scott E. Hennigh
Partner

for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

W02-WEST:6NB1\402774915.2