# EXHIBIT E

(to Declaration of Scott E. Hennigh in Support of Picerne's Opposition to Motion to Quash)

LAW OFFICES
# LEVY, SMALL & LALLAS
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

STEVEN G. SMALL*
TOM LALLAS*
LEO D. PLOTKIN*
WALTER R. MITCHELL
WILLIAM J. WIPPICH
ANGEL F. CASTILLO
RAYMOND T. SUNG
MARK D. HURWITZ
CAROL A. ENSALACO
JOHN P. MERTENS
ERIC H. GEFFNER

815 MORAGA DRIVE
LOS ANGELES, CALIFORNIA 90049-1633
TELEPHONE (310) 471-3000
FACSIMILE (310) 471-7990

CHARLES M. LEVY* (RETIRED)

IN REPLY PLEASE REFER TO:

2161.4604

*A PROFESSIONAL CORPORATION

July 21, 2010

## VIA *E*MAIL AND FIRST CLASS MAIL

Scott E. Hennigh, Esq.
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

Re:  *Picerne v. Castellino*, Case No. 06AS05561

Dear Counsel:

This letter is in response to your letter of July 16, 2010 regarding discovery from the EL II Properties Trust and Robert Kopple. You have referred to the Rule 2004 subpoena served on EL II Properties Trust as "still-pending." Please provide any authority you have for your position that this subpoena is still pending at this late date. It is our position that you are not entitled to the production of the requested documents, and will not receive them.

Regarding the deposition of Mr. Kopple, the mutually acceptable date of July 2, 2010 came and went. You elected to cancel the deposition due to a dispute over documents. Since the deposition subpoena called for testimony only, and no documents, this was an unreasonable measure. Mr. Kopple will submit to no further harassment. It is our intent to proceed with the motion to quash and for sanctions scheduled for August 11, 2010.

Sincerely,

John Mertens

JPM|25388

cc: Tom Lallas, Esq.

EXHIBIT E
43

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **4 Embarcadero Center, 17th Floor, San Francisco, CA 94111**.

A true and correct copy of the foregoing document described as **PICERNE CONSTRUCTION CORPORATION'S OPPOSITION TO MOTION TO QUASH SUBPOENA OF ROBERT C. KOPPLE; AND DECLARATION OF SCOTT E. HENNIGH IN SUPPORT OF PICERNE'S OPPOSITION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 28, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

    Todd M Arnold  tma@lnbrb.com
    Ron Bender:  rb@lnbrb.com
    Richard W Brunette:  rbrunette@sheppardmullin.com
    Ori Katz:  okatz@sheppardmullin.com
    Dare Law (UST - LA):  dare.law@usdoj.gov
    Mark Bradshaw:  mbradshaw@shbllp.com
    Wayne R. Terry:  wterry@hemar-rousso.com
    Krikor J Meshefejian:  kjm@lnbrb.com
    Mary E Olden:  molden@mhalaw.com, akauba@mhalaw.com
    Robert K Sahyan:  rsahyan@sheppardmullin.com
    James A Tiemstra:  jat@tiemlaw.com, sml@tiemlaw.com
    United States Trustee (LA):  ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On July 28, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Ernest M. Robles (By Overnight Delivery)
United States Bankruptcy Court
255 East Temple Street
Los Angeles, CA 90012

Campbell Corners Limited Partnership I (By Overnight Delivery)
11340 Olympic Blvd., #210
Los Angeles, CA 90064

-11-

W02-WEST:6NB1\402817420.3

PICERNE'S OPPOSITION TO MOTION TO QUASH SUBPOENA, WITH SUPPORTING HENNIGH DECLARATION

Case No. 2:09-bk-29222-ER

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 28, 2010 | KATHRYN CAMPION | /s/ Kathryn Campion |
|---|---|---|
| *Date* | *Type Name* | *Signature* |