1   PETER J. MASTAN (Bar No. 190250)
    *pmastan@gumportlaw.com*
2   c/o
    GUMPORT | MASTAN
3   550 South Hope Street, Suite 825
    Los Angeles, California  90071-2627
4   Telephone: (213) 452-4900
    Facsimile:  (213) 623-3302
5
    Court-Appointed Examiner
6

FILED & ENTERED

AUG 04 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

7                   **UNITED STATES BANKRUPTCY COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9                        **LOS ANGELES DIVISION**

10  In re                              )  **Bk. No. 2:09-bk-29222-ER**
                                       )
11                                     )  **CHAPTER 11**
        CAMPBELL CORNERS LIMITED       )
12      PARTNERSHIP I, a Michigan      )  **ORDER PURSUANT TO FRBP 2004:**
        Limited Partnership,           )
13                                     )  **(A) FOR THE PRODUCTION OF**
                                       )  **DOCUMENTS BY (1) EL II**
14                                     )  **PROPERTIES TRUST, (2) KF**
                                       )  **PROPERTIES, INC., (3) ROBERT**
15                  Debtor.            )  **KOPPLE, (4) 9130 NOLAN STREET,**
                                       )  **LLC, (5) SIENA VILLAS, LLC, AND (6)**
16                                     )  **KATHLEEN KUHN;**
                                       )
17                                     )  **(B) FOR THE EXAMINATION UNDER**
                                       )  **OATH OF KATHLEEN KUHN,**
18                                     )  **INDIVIDUALLY AND ON BEHALF OF**
                                       )  **(1) KF PROPERTIES, INC., (2) 9130**
19                                     )  **NOLAN STREET, LLC, AND (3)**
                                       )  **SIENA VILLAS, LLC; AND**
20                                     )
                                       )  **(C) FOR THE EXAMINATION UNDER**
21                                     )  **OATH OF ROBERT KOPPLE,**
                                       )  **INDIVIDUALLY AND ON BHEALF OF**
22                                     )  **(1) EL II PROPERTIES TRUST, (2) KF**
                                       )  **PROPERTIES, INC., (3) 9130 NOLAN**
23                                     )  **STREET, LLC, AND (4) SIENA**
                                       )  **VILLAS, LLC; AND EXHIBIT**
24                                     )
                                       )  **DATE:**
25                                     )  **TIME:**
                                       )  **PLACE:      Courtroom 1568**
26                                     )  **255 E. Temple St.**
                                       )  **Los Angeles, CA 90012**
27                                     )  **[Judge Robles]**
                                       )
28  _____      )  **[No hearing requested or required.]**

1    On July 27, 2010, Peter J. Mastan (the "Examiner"), the court-appointed

2    examiner in the above-captioned bankruptcy case, filed a motion (the "Motion") for

3    the FRBP 2004 examinations of (1) EL II Properties Trust, (2) KF Properties, Inc., (3)

4    Robert Kopple, (4) 9130 Nolan Street, LLC, (5) Siena Villas, LLC, and Kathleen Kuhn

5    (collectively, the "Examinees").   No hearing on the Motion was requested or required.

6     The Court, having considered the Motion, and good cause appearing, finds and

7    directs as follows:

8         **1.**    The Motion is granted.

9         **2.**    Upon service of a subpoena on the respective Examinees, the

10   respective Examinees shall produce for inspection and copying by the Examiner the

11   documents and things described in **Exhibit A** at 10:00 a.m. on August 18, 2010, at

12   the offices of Gumport | Mastan, 550 South Hope Street, Suite 825, Los Angeles,

13   California 90071.

14        **3.**    KF Properties, Inc., 9130 Nolan Street, LLC, Siena Villas, LLC,

15   and Kathleen Kuhn, upon service of a subpoena on such persons or entities, shall

16   appear through Kathleen Kuhn and submit to a sworn examination by the Examiner

17   pursuant to Fed.R.Bankr.P. 2004 and L.B.R. 2004-1, at the offices of Gumport |

18   Mastan, 550 South Hope Street, Suite 825, Los Angeles, California 90071, before a

19   notary public or some other person authorized to administer oaths, beginning at

20   10:00 a.m. on August 18, 2010 and continuing during business hours from day to day

21   thereafter (not including Saturdays, Sundays, and legal holidays) until completed.

22        **C.**    KF Properties, Inc., 9130 Nolan Street, LLC, Siena Villas, LLC, EL

23   II Properties Trust, and Robert Kopple, upon service of a subpoena on such persons

24   or entities, shall appear through Robert Kopple and submit to a sworn examination by

25   the Examiner pursuant to Fed.R.Bankr.P. 2004 and L.B.R. 2004-1, at the offices of

26   Gumport | Mastan, 550 South Hope Street, Suite 825, Los Angeles, California 90071,

27   before a notary public or some other person authorized to administer oaths,

28   beginning at 10:00 a.m. on August 23, 2010 and continuing during business hours

1  from day to day thereafter (not including Saturdays, Sundays, and legal holidays)

2  until completed.

3      **IT IS SO ORDERED.**

4                                            ###

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    DATED: August 4, 2010
                                    _____
26                                  United States Bankruptcy Judge

27

28

# EXHIBIT A

## DOCUMENTS TO BE PRODUCED

### DEFINITIONS

**A.**    "Campbell Corners" means debtor Campbell Corners Limited Partnership I.

**B.**    "Campbell Corners Case" means the bankruptcy case entitled *In re Campbell Corners Limited Partnership I*, U.S.B.C. Case No. 2:09-bk-29222-ER pending in the United States Bankruptcy Court for the Central District of California.

**C.**    "Castellino Case" means the bankruptcy case entitled *In re Castellino Villas, LLC*, U.S.B.C. Case No. 2:09-bk-29228-ER pending in the United States Bankruptcy Court for the Central District of California.

**D.**    "Document" means a "writing" or "recording," as those terms are defined in Fed.R.Evid. 1001, and includes written materials, tape recordings, and computer disks, computer drives and computer files.  "Document" includes any Document in Your possession and/or under Your control.

**E.**    "EL II Trust" means EL II Properties Trust u/d/t Dated July 1, 1983.

**F.**    "KF Properties" means KF Properties, Inc.

**G.**    "Kopple" means Robert Kopple.

**H.**    "Loan" means the extension of credit in or about June 2006 secured by the Nolan Street Property.

**I.**    "Nolan LLC" means 9130 Nolan Street, LLC.

**J.**    "Nolan Street Property" means the real property commonly known as 9130 Nolan Street, Elk Grove, California.

**K.**    "Picerne" means Picerne Construction Corp. dba Cambelback Construction.

**L.**    "Siena LLC" means Siena Villas, LLC.

/ / /

/ / /

## DOCUMENTS AND THINGS TO BE PRODUCED

**1.**      All Documents that constitute the limited partnership agreement pursuant to which Campbell Corners was created, including all amendments thereto.

**2.**      All Documents, including without limitation checks (front and back), wire transfer receipts, and wire transfer instructions that refer to or mention any Transfer of money in the amount of $10,000 or more made or caused to be made, whether directly or indirectly, by Campbell Corners on or after September 1, 2005 to any one or more of the following: (a) Siena LLC; (b) EL II Trust; (c) Kopple; (d) KF Properties; and (e) Nolan LLC.

**3.**      All Documents, including without limitation checks (front and back), wire transfer receipts, and wire transfer instructions that refer to or mention any Transfer of money in the amount of $10,000 or more made or caused to be made, whether directly or indirectly, by Siena LLC on or after September 1, 2005 to any one or more of the following: (a) Campbell Corners; (b) EL II Trust; (c) Kopple; (d) KF Properties; and (e) Nolan LLC.

**4.**      All Documents, including without limitation checks (front and back), wire transfer receipts, and wire transfer instructions that refer to or mention any Transfer of money in the amount of $10,000 or more made or caused to be made, whether directly or indirectly, by Nolan LLC to any one or more of the following: (a) Campbell Corners; (b) EL II Trust; (c) Kopple; (d) KF Properties; and (e) Nolan LLC.

**5.**      All Documents that refer to or mention capital contributions made from any source to either or both of the following: (a) Siena LLC and (b) Nolan LLC.

**6.**      All Documents that constitute bank account statements for Siena LLC for the period September 20, 2002 through present.

**7.**      All Documents that refer to or mention property (whether real or personal, tangible or intangible) owned by Siena at any time on or after September 20, 2002.

**8.**      All Documents that constitute bank account statements for Nolan LLC.

**9.**     All Documents dated, created, sent, or received during June 2005 through October 10, 2006, that constitute, refer to, or mention communications, whether oral, written, or electronic, that mention either or both of the following: (a) money owed by Picerne to Campbell Corners, and (b) money owed Campbell Corners to Picerne.

**10.**     All Documents that constitute Campbell Corners' general ledger, receipts and disbursements journals for the period May 15, 2006 through July 31, 2009.

**11.**     All Documents that refer to or mention the net operating income of any real property owned, whether directly or indirectly, by Campbell Corners for the years 2006-2009, including without limitation all Documents that refer to or mention the expenses paid by Campbell Corners that were used in calculating Campbell Corners' net operating income for each of those years.

**12.**     All Documents dated or created on or after January 1, 2006 that refer to or mention budgets or budget variance reports for Campbell Corners and/or any real property owned, whether directly or indirectly by Campbell Corners.

**13.**     All Documents that constitute a balance sheet for Campbell Corners' as of June 15, 2006.

**14.**     All Documents that refer to or reflect Campbell Corners' accounts payable as of June 15, 2006.

**15.**     All Documents that refer to or mention liabilities of Campbell Corners that existed as of June 15, 2006.

**16.**     All Documents that refer to or mention assets of Campbell Corners that Campbell Corners owned, whether directly or indirectly, as of June 15, 2006.

**17.**     All Documents that refer to or mention the formation or planned formation of Nolan LLC, including without limitation correspondence, Documents submitted to the State of California, and formation documents.

/ / /

///

**18.**   All Documents that refer to or mention requirements or conditions for the funding of the Loan, including without limitation all Documents that purport to require the formation of an entity in connection with the Loan.

**19.**   All Documents that constitute, refer to, or mention a guaranty of any obligation incurred by Campbell Corners.

**20.**   All Documents that constitute the escrow closing statement for the Loan.

**21.**   All Documents that constitute applications of any of the following for the extension of credit, whether or not such credit was extended, for the period August 1, 2005 through July 24, 2009: (a) Campbell Corners, (b) Nolan LLC, (c) Kopple, (d) Siena LLC, (e) EL II Trust, and (f) KF Properties.

**22.**   All Documents that constitute, refer to, or mention an appraisal or other estimation of value of any real property owned, whether directly or indirectly, by Campbell Corners for the period August 1, 2006 through present (except for appraisals rendered by either Richard Ribacchi, MAI and Rob A. Detling, and which are on file in either the Campbell Corners Case or the Castellino Case).

**23.**   All Documents that constitute communications to any of the following that mentions Campbell Corners' transfer of title to the Nolan Property to Nolan LLC: (a) Picerne, (b) any tenant whose resided at the Nolan Property, and (c) any insurance provider who provides insurance on the Nolan Property.

**24.**   All Documents, including bills, account statements, checks (front and back) wire transfer receipts, and wire transfer instructions that reflect payments made on the Loan.

**25.**   All Documents that constitute financial statements of any of the following that were dated or created at any time on or after June 15, 2006: (a) Campbell Corners, (b) Nolan LLC, (c) Kopple, (d) Siena LLC, (e) EL II Trust, and (f) KF Properties.

**26.**   All Documents dated or created on or before April 9, 2009 that refer to or

mention any loan made by EL II Trust to Campbell Corners.

**27.** All Documents that refer to or mention an agreement between Campbell Corners and any other person or entity that provides for Campbell Corners' transfer of the Nolan Property.

### END OF EXHIBIT A

| | |
|---|---|
| In re:  CAMPBELL CORNERS LIMITED PARTNERSHIP I,<br><br><br>Debtor(s). | CHAPTER :  11<br><br>CASE NO.:   2:09-bk-29222-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Gumport | Mastan, 550 South Hope Street, Suite 825, Los Angeles, CA  90071

A true and correct copy of the foregoing document described **ORDER PURSUANT TO FRBP 2004: (A) FOR THE PRODUCTION OF DOCUMENTS BY (1) EL II PROPERTIES TRUST, (2) KF PROPERTIES, INC., (3) ROBERT KOPPLE, (4) 9130 NOLAN STREET, LLC, (5) SIENA VILLAS, LLC, AND (6) KATHLEEN KUHN; (B) FOR THE EXAMINATION UNDER OATH OF KATHLEEN KUHN, INDIVIDUALLY AND ON EHALF OF (1) KF PROPERTIES, INC., (2) 9130 NOLAN STREET, LLC, AND (3) SIENA VILLAS, LLC; AND (C) FOR THE EXAMINATION UNDER OATH OF ROBERT KOPPLE, INDIVIDUALLY AND ON BHEALF OF (1) EL II PROPERTIES TRUST, (2) KF PROPERTIES, INC., (3) 9130 NOLAN STREET, LLC, AND (4) SIENA VILLAS, LLC; AND EXHIBIT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing   document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s)   are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **July 27, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the  judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**X**  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented   in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| July 27, 2010 | Kathleen Marosy | /s/ Kathleen Marosy |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| In re:  CAMPBELL CORNERS LIMITED PARTNERSHIP I,<br><br>Debtor(s). | CHAPTER :  11<br><br>CASE NO.:   2:09-bk-29222-ER |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**(SERVED BY FIRST CLASS U.S. MAIL)**

**EXAMINEE, KF PROPERTIES, INC.**
KF Properties, Inc.
11340 W. Olympic Blvd., #210
Los Angeles, CA 90067

**EXAMINEE, 9130 NOLAN STREET, LLC**
9130 Nolan Street, LLC
10866 Wilshire Blvd., Suite 1500
Los Angeles, CA 90024

**EXAMINEE, SIENA VILLAS, LLC**
Siena Villas, LLC
10866 Wilshire Blvd., Suite 1500
Los Angeles, CA 90024

**EXAMINEE, KATHLEEN KUHN**
Kathleen Kuhn
2960 Neilson Way, #403
Santa Monica, CA 90405

**EXAMINEE, KATHLEEN KUHN**
Kathleen Kuhn
11340 Olympic Blvd., Suite 204
Los Angeles, CA 90064

**ROBERT C. KOPPLE, REGISTERED AGENT OF
KF PROPERTIES, INC., 9130 NOLAN STREET, LLC,
and SIENA VILLAS, LLC**
10866 Wilshire Blvd., Suite 1500
Los Angeles, CA 90024

**EXAMINEE, ROBERT KOPPLE, INDIVIDUALLY AND
AS TRUSTEE OF THE EL II PROPERTIES TRUST**
10866 Wilshire Blvd., Suite 1500
Los Angeles, CA 90024

**COUNSEL TO: (1) ROBERT C. KOPPLE,
INDIVIDUALLY AND AS TRUSTEE OF THE EL II
PROPERTIES TRUST, (2) KF PROPERTIES, INC.,
(3) 9130 NOLAN STREET, LLC, (4) SIENA VILLAS,
LLC and (5) KATHLEEN KUHN**
c/o Tom Lallas, Esq.
Levy, Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049

**THE OFFICE OF THE UNITED STATES TRUSTEE**
Dare Law, Esq.
Office of the U.S. Trustee
Ernst & Young Plaza
725 South Figueroa Street, 26th Floor
Los Angeles, CA  90017

**PICERNE CONSTRUCTION CORP.**
Scott Hennigh, Esq.
Sheppard, Mullin, Richter & Hampton, LLP
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111

**(SERVED BY FEDERAL EXPRESS)**

**UNITED STATES BANKRUPTCY COURT**
Honorable Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Bldg. and Courthouse
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                **F 9013-3.1**

| | |
|---|---|
| In re:  CAMPBELL CORNERS LIMITED PARTNERSHIP I,<br><br>Debtor(s). | CHAPTER :  11<br><br>CASE NO.:   2:09-bk-29222-ER |

### NOTE TO USERS OF THIS FORM:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)  Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

### NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER PURSUANT TO FRBP 2004: (A) FOR THE PRODUCTION OF DOCUMENTS BY (1) EL II PROPERTIES TRUST, (2) KF PROPERTIES, INC., (3) ROBERT KOPPLE, (4) 9130 NOLAN STREET, LLC, (5) SIENA VILLAS, LLC, AND (6) KATHLEEN KUHN; (B) FOR THE EXAMINATION UNDER OATH OF KATHLEEN KUHN, INDIVIDUALLY AND ON EHALF OF (1) KF PROPERTIES, INC., (2) 9130 NOLAN STREET, LLC, AND (3) SIENA VILLAS, LLC; AND (C) FOR THE EXAMINATION UNDER OATH OF ROBERT KOPPLE, INDIVIDUALLY AND ON BHEALF OF (1) EL II PROPERTIES TRUST, (2) KF PROPERTIES, INC., (3) 9130 NOLAN STREET, LLC, AND (4) SIENA VILLAS, LLC; AND EXHIBIT** was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>July 27, 2010</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

| | |
|---|---|
| Todd M Arnold | tma@lnbrb.com |
| Theresa W Bangert | tbangert@sheppardmullin.com |
| Ron Bender | rb@lnbrb.com |
| Mark Bradshaw | mbradshaw@shbllp.com |
| Richard W Brunette | rbrunette@sheppardmullin.com |
| Ori Katz | okatz@sheppardmullin.com |
| Dare Law | dare.law@usdoj.gov |
| Peter J Mastan | pmastan@grlegal.com |
| Krikor J Meshefejian | kjm@lnbrb.com |
| Leo D Plotkin | lplotkin@lsl-la.com, dsmall@lsl-la.com |
| Robert K Sahyan | rsahyan@sheppardmullin.com |
| Wayne R Terry | wterry@hemar-rousso.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

☐  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

<u>X</u>  Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐  Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9021-1.1**

| In re: CAMPBELL CORNERS LIMITED PARTNERSHIP I, | CHAPTER : 11 |
| | CASE NO.: 2:09-bk-29222-ER |
| Debtor(s). | |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**(SERVED BY FIRST CLASS U.S. MAIL)**

**EXAMINEE, KF PROPERTIES, INC.**
KF Properties, Inc.
11340 W. Olympic Blvd., #210
Los Angeles, CA 90067

**EXAMINEE, 9130 NOLAN STREET, LLC**
9130 Nolan Street, LLC
10866 Wilshire Blvd., Suite 1500
Los Angeles, CA 90024

**EXAMINEE, SIENA VILLAS, LLC**
Siena Villas, LLC
10866 Wilshire Blvd., Suite 1500
Los Angeles, CA 90024

**EXAMINEE, KATHLEEN KUHN**
Kathleen Kuhn
2960 Neilson Way, #403
Santa Monica, CA 90405

**EXAMINEE, KATHLEEN KUHN**
Kathleen Kuhn
11340 Olympic Blvd., Suite 204
Los Angeles, CA 90064

**ROBERT C. KOPPLE, REGISTERED AGENT OF**
**KF PROPERTIES, INC., 9130 NOLAN STREET, LLC,**
**and SIENA VILLAS, LLC**
10866 Wilshire Blvd., Suite 1500
Los Angeles, CA 90024

**EXAMINEE, ROBERT KOPPLE, INDIVIDUALLY AND**
**AS TRUSTEE OF THE EL II PROPERTIES TRUST**
10866 Wilshire Blvd., Suite 1500
Los Angeles, CA 90024

**COUNSEL TO: (1) ROBERT C. KOPPLE,**
**INDIVIDUALLY AND AS TRUSTEE OF THE EL II**
**PROPERTIES TRUST, (2) KF PROPERTIES, INC.,**
**(3) 9130 NOLAN STREET, LLC, (4) SIENA VILLAS, LLC**
**and (5) KATHLEEN KUHN**
c/o Tom Lallas, Esq.
Levy, Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049

**PICERNE CONSTRUCTION CORP.**
Scott Hennigh, Esq.
Sheppard, Mullin, Richter & Hampton, LLP
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                **F 9021-1.1**